

**Ex. B**

# Estimate



*850 NE 3rd Street, Dania Beach, FL 33004*
*954-376-5400*

| Date | Estimate # |
|---|---|
| 5/13/2021 | 2009-6534 |

Rudy Rodriguez-Duret
Broward Shipyard

# HUMPHREE®

| Vessel Name | Vessel Location | Key Location |
|---|---|---|
|  |  |  |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Recommend Active Ride upgrade option for Zero speed Stability with INTERCEPTORS |  |  |  |
| Interceptors H or HA 750 series | 1 | 9,817.00 | 9,817.00T |
| OPTIONAL AND Recommend Active Ride for underway improved Stabilization "May be a great way to pick up speed by removing fins" SYG recommends contacting Strike marine as they can sell existing Naiad System to cover the cost of this upgrade. | 1 | 8,200.00 | 8,200.00T |
| Remove existing trim tabs, fill pocket and fill holes from existing trim tab installation.   Shape area flat to receive new interceptors, Remove existing trim equipment internals.   Install interceptor units on transom outboard as per design locations, assemble servo motors, run harness and cables for interceptors. | 60 | 115.00 | 6,900.00T |
| Materials used to remove, glass, fill and fare old trim tabs and install new interceptors | 1 | 1,800.00 | 1,800.00T |
| Total for Interceptor installation ............................. |  |  | 26,717.00 |
| Freight for all parts Above Standard Freight can be upgraded over air for an additional | 1 | 1,000.00 | 1,000.00T |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.
Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature                                    Date_____

| Sales Tax  (7.0%) | |
|---|---|
| **Total** | |



# Estimate

| Date | Estimate # |
|------|-----------|
| 5/13/2021 | 2009-6534 |

Rudy Rodriguez-Duret
Broward Shipyard

# HUMPHREE®

| Vessel Name | Vessel Location | Key Location |
|-------------|-----------------|--------------|
|             |                 |              |

| Description | Qty | Cost | Total |
|-------------|-----|------|-------|
| Upon acceptance of the estimate 50% of labor is required as a deposit prior to start of work and 100% of the materials if applicable.<br>The remaining balance is due upon completion of the work outlined above.<br>Balance due upon receipt of final invoice (progress invoicing to be issued weekly if/when project<br>extends beyond two weeks). We require a credit card to be kept on file prior to commencement any work.<br><br>Please send your signed estimate to Theresa@starboardyacht.com.<br>A tax resale/exemption certificate should be included if applicable.<br>: This is an estimate and not an actual cost of Service. The actual invoice will reflect actual labor hours worked and materials consumed<br>Accepted by (Sign): _____ Print: _____<br>Date: _____ | | 0.00 | 0.00T |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.
Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature _____Date_____

| | |
|---|---|
| **Sales Tax  (7.0%)** | $1,940.19 |
| **Total** | $29,657.19 |