**Ex. C**

# Starboard
## YACHT GROUP
### THE RIGHT CHOICE FOR TOTAL YACHT CARE.

# Progress Invoice

| Date | Invoice # |
|------|-----------|
| 4/16/2021 | 2009-13954 |

850 NE 3rd St Suite 208
Dania Beach, Fl 33004

| Bill To |
|---------|
| Rudy Rodriguez-Duret
Broward Shipyard |

| Estimate # | S.O. No. | Project | Terms | VESSEL NAME |
|------------|----------|---------|-------|-------------|
| | | Buddy Davis 74 Sea... | | |

| Description | Qty | Rate | Est Amt | Current % | Amount |
|-------------|-----|------|---------|-----------|--------|
| OPTIMUS CORE PACK INBOARD | 1 | 10,108.86 | 10,108.86 | 100.00% | 10,108.86T |
| SMARTCYLINDER | 2 | 2,378.06 | 4,756.12 | 100.00% | 4,756.12T |
| ELECTRONIC HELM REAR MOUNT | 1 | 843.98 | 843.98 | 100.00% | 843.98T |
| HARNESS EPS H7 20FT MICRO- C EXT | 1 | 200.14 | 200.14 | 100.00% | 200.14T |
| HARNESS EPS CAN1 60FT 6 PIN | 1 | 406.94 | 406.94 | 100.00% | 406.94T |
| SMARTCYLINDER HARNESS EXT EPS H9 6FT | 1 | 92.81 | 92.81 | 100.00% | 92.81T |
| SS HOSE KIT PRO 2X16' | 1 | 335.93 | 335.93 | 100.00% | 335.93T |
| SS HOSE KIT PRO 2X18' | 1 | 340.82 | 340.82 | 100.00% | 340.82T |
| FITTING 90 DEGREE 2 IN PACKAGE | 2 | 43.05 | 86.10 | 100.00% | 86.10T |
| DEVICE NET CAN TEE SINGLE | 1 | 41.10 | 41.10 | 100.00% | 41.10T |
| HARNESS EPS H7 20 FT MICRO-C EXT | 1 | 200.14 | 200.14 | 100.00% | 200.14T |
| HARNESS EPS H5 10 PIN FCI TO DEVICENET | 1 | 100.64 | 100.64 | 100.00% | 100.64T |
| | | | 19,813.58 | 88.39% | 17,513.58 |

| | |
|---|---|
| **Subtotal** | $17,513.58 |
| **Sales Tax  (6.0%)** | $1,050.81 |
| **Total** | $18,564.39 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $18,564.39 |

| E-mail |
|--------|
| theresa@starboardyacht.com |