AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| MY BUDDY DAVIS LLC.<br><br><br>*Plaintiff(s)*<br>v.<br><br>STARBOARD YACHT GROUP LLC.<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.  22-cv-60542-KMM-

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  STARBOARD YACHT GROUP LLC.
By Serving Registered Agent: Matthew J. Valcourt, or in his absence any officer or
managing agent.
VALCOURT AND ASSOCIATES LLC.
850 NE THIRD STREET - SUITE 208
DANIA, FLORIDA 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Robert W. Blanck, Esquire
BLANCK & COOPER PA.
5730 S.W. 74th STREET -SUITE 700
MIAMI, FLORIDA  33143
Phone: 305-663-0177

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 14, 2022

Angela E. Noble
Clerk of Court

*s/ Esperanza Buchhorst*

Deputy Clerk
U.S. District Courts