UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 2022-cv-60542-KMM

MY BUDDY DAVIS LLC.,

     Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

     Defendant.

_____

## NOTICE OF FILING ORIGINAL RETURN OF SERVICE

COMES NOW, the Plaintiff, MY BUDDY DAVIS LLC., by and through its undersigned attorneys and files the attached original Return of Service indicating that a copy of the Summons, Complaint, and Exhibits was timely served on Defendant STARBOARD YACHT GROUP LLC. on March 22, 2022, in compliance.

Respectfully submitted,
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143
Phone:  (305) 663-0177

BY: _____
Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
Attorney for: MY BUDDY DAVIS LLC.

8044/NotFilingRetService