## RETURN OF SERVICE

**State of Florida**　　　　**County of SOUTHERN**　　　　　**District Court**

Case Number: 22-CV-60542-KMM

Plaintiff: **MY BUDDY DAVIS LLC**
vs.
Defendant: **STARBOARD YACHT GROUP LLC.**

For:
Robert Blanck
BLANCK & COOPER, P.A.
5730 S.W. 74 Street
Suite #700
Miami, FL 33143

Received by Caplan, Caplan & Caplan Process Servers on the 15th day of March, 2022 at 2:19 pm to be served on **STARBOARD YACHT GROUP, LLC BY SERVING ITS REGISTERED AGENT: MATTHEW J. VALCOURT, OR IN HIS ABSENCE ANY OFFICER OR MANAGNING AGENT, VALCOURT AND ASSOCIATES LLC., 850 NE THIRD STREET, SUITE 208, DANIA, FL 33004**

I, Robin Pennington, do hereby affirm that on the **22nd day of March, 2022** at **11:40 am, I:**

served a **Limited Liability Company** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT AND EXHIBITS** with the date, hour and initials of process server endorsed thereon by me, to: **THERESA LARUISSO** as **EMPLOYEE OF THE REGISTERED AGENT** for **STARBOARD YACHT GROUP, LLC**, at the address of: **850 NE THIRD STREET, SUITE 208, DANIA, FL 33004**, and informed said person of the contents therein, in compliance with F.S. 48.062 (01). Service was made on an employee of Registered agent as the registered agent was temporarily absent from his or her office.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/Witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

_____
Robin Pennington
727

**Caplan, Caplan & Caplan Process Servers**
**12555 Orange Drive**
**Suite 106**
**Davie, FL 33330**
**(305) 374-3426**

Our Job Serial Number: CPN-2022008288
Ref: 8044
Service Fee: _____

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2h

Ⓑ

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

MAR 1 5 2022

THERESA LARUSSO - office mgr.

3.22.22   TIME 11:40am

INITIAL RGR   BADGE# 020

| MY BUDDY DAVIS LLC. | ) |
| --- | --- |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  22-cv-60542-KMM- |
| STARBOARD YACHT GROUP LLC. | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

15

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   STARBOARD YACHT GROUP LLC.
By Serving Registered Agent: Matthew J. Valcourt, or in his absence any officer or managing agent.
VALCOURT AND ASSOCIATES LLC.
850 NE THIRD STREET - SUITE 208
DANIA, FLORIDA 33004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert W. Blanck, Esquire
BLANCK & COOPER PA.
5730 S.W. 74th STREET -SUITE 700
MIAMI, FLORIDA  33143
Phone: 305-663-0177

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  Mar 14, 2022

Angela E. Noble
Clerk of Court

s/ Esperanza Buchhorst

Deputy Clerk
U.S. District Courts

Fee # 8044

W  f 55+ 5'4"  150 BLO H

9288