**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**IN ADMIRALTY**

**CASE NO: 0-22-cv-60542**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company

       Plaintiff,

vs.

STARBOARD YACHT GROUP LLC
A Florida Limited Liability Company

       Defendant.       /

**AGREED MOTION TO ENLARGE TIME TO FILED RESPONSE TO COMPLAINT**

COMES NOW Defendant Starboard Yacht Group LLC, by and through its undersigned attorneys and pursuant to Rule 6(b) of the Rules of Civil Procedure and Local Rules and hereby requests an enlargement of time to respond to the Complaint and preserving all defenses and claims in this action and as grounds states as follows:

1. The Complaint in this action contained extensive allegations of fact, insured claims and require additional time to prepare a defense and respond.

2. Defendant was informed it would receive appointed counsel from its insurer to file a defense in the case and said counsel has not made an appearance nor or defended the case to date.

3. An answer or response was due on or about April 13, 2022.

4. Defendant needs further time to prepare a defense and counterclaim and if provided bring defense counsel up to speed.

1

WHEREFORE having shown good cause for and enlargement of time, defendant prays for an enlargement up to and including April 22, 2022, to file its response to the complaint in this action.

## LOCAL RULE 7.1(a)(3) CERTIFICATE STATEMENT

The undersigned counsel for Defendant certifies that it has conferred with counsel for the Plaintiff in writing and on the telephone regarding the relief requested in this Motion and that plaintiff and its counsel have agreed to the request requested in this Motion.

s/Matthew J. Valcourt
Matthew J. Valcourt


Respectfully submitted this 13th Day of April 2022.


*s/Matthew J. Valcourt*
Matthew J. Valcourt
Fla. Bar No. 0088791
Email:  mvalcourt@valcourtlaw.com
VALCOURT AND ASSOCIATES LLC
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
Attorneys for Defendant Starboard Yacht Group LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on April 13, 2022, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Matthew J. Valcourt*
Matthew J. Valcourt

3