UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2022-cv-60542-KMM

MY BUDDY DAVIS LLC.,
A Florida Limited Liability Company,

      Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.
A Florida Limited Liability Company,

      Defendant.

_____

## AGREED MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

COMES NOW, the Plaintiff MY BUDDY DAVIS LLC., by and through its undersigned attorneys and files this its Agreed Motion for Extension of Time to File a Response to Defendant's STARBOARD's Motion to Dismiss Counts II, III, and IV of Complaint, and for its reasons further states as follows:

1.     In response to Plaintiff's Complaint, Defendant raised the issue of the possible dismissal of Counts II, III, and IV of the Complaint.

2.     A response to Defendant's Motion to Dismiss is due May 6, 2022.

3.     The undersigned has only had one day to review Defendant's Motion to Dismiss. Due to the undersigned having a prescheduled trip out of the country starting April 25, 2022. Thus, Plaintiff needs further time to prepare a response to the Motion to Dismiss.

4.     Given the nature of Defendant's Motion, additional time is necessary to fully respond to Defendant's Motion to Dismiss. Plaintiff anticipates that an additional seven (7) days would be sufficient to prepare its response.

1

5.      Therefore, Plaintiff asks this Court to grant an extension to file a response to the Motion to Dismiss on or before May 13, 2022.

6.      The undersigned has contacted counsel for Defendant, who is not opposed to the Extension of Time requested herein.

WHEREFORE, for the aforementioned reasons and having shown good cause for an enlargement of time, Plaintiff MY BUDDY DAVIS LLC. respectfully requests that this Honorable Court grant herein its Agreed Motion for Extension of Time to File a Response to Defendant's Motion to Dismiss up to and including May 13, 2022.

## LOCAL RULE 7.1(a)(3) CERTIFICATE STATEMENT

The undersigned counsel for Plaintiff certifies that it has conferred with counsel for Defendant in writing regarding the relief requested in this Motion and that Defendant and its counsel have agreed to the request requested in this Motion.

Respectfully submitted this ___25th___ day of ___April____, 2022.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143
Phone:  (305) 663-0177

BY:   _____
Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
Attorney for: MY BUDDY DAVIS LLC.

CASE NO.: 2022-cv-60542-KMM

Page -3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __25th__ day of ____April____, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 and **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com E-Service: JVMserve@hamiltonmillerlaw.com **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Defendant Starboard,* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177

BY: _____
Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
Attorney for: MY BUDDY DAVIS LLC.

8044/AgreedMtnExtTimeRespToMtnDismiss