UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 2022-cv-60542-KMM

MY BUDDY DAVIS LLC.,

     Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

     Defendant.

_____

## JOINT SCHEDULING REPORT

COMES NOW Plaintiff MY BUDDY DAVIS LLC. and Defendant STARBOARD YACHT GROUP LLC. by and through their respective undersigned counsel and pursuant to Local Rule 16.1, file their Joint Scheduling Report as follows:

### (A). The Likelihood of Settlement

The parties are unable to ascertain the likelihood of a settlement at this time but will engage in good faith settlement discussions during the course of litigation and will inform the Court of any changes in the settlement posture of the case.

### (B). The Likelihood of Appearance in the Action of Additional Parties

It is unlikely a possibility that additional parties will be needed in this action.

### (C) Proposed Limits on the Time:

The parties agree that this is a standard track case and propose the following schedule:

1.  Initial disclosures due **July 18, 2022**.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION
CASE NUMBER: 22-60542-CV-KMM
Page -2-

2.  Deadline to select a mediator pursuant to Local Rule 16.2 and file a proposed order scheduling mediation:        **September 12, 2022**.

3.  Deadline to join additional parties and/or to amend Pleadings: **July 29, 2022**.

4.  Parties exchange expert witness summaries or reports: **December 12, 2022**.

**5.**  Parties exchange rebuttal expert witness summaries or reports: **January 16, 2023.**

6.  Mediation shall be completed, and report filed: **January 30, 2023**.

7.  All discovery, including expert discovery, is completed: **February 13, 2023**.

8.  All pre-trial motions and Daubert motions are filed: **March 1, 2023**.

9.  Parties shall submit joint pre-trial stipulation, proposed findings of fact and conclusions of law, and motions in limine: **March 13, 2023**.

10. Two Week Trial Period commences (Calendar Call will be scheduled on a Tuesday before the Trial period) **April 3, 2023**.

**(D) Proposals for the Formulation and Simplification of Issues**

The parties agree to continue to work together in good faith to simplify issues to reduce the need to expend the Court's and the parties' resources.

**(E) The Necessity or Desirability of Amendments to the Pleadings**

While at this time, the parties do not believe the pleadings will need to be amended they have requested until July 29, 2022 to make that determination.

**(F) The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION
CASE NUMBER: 22-60542-CV-KMM
Page -3-

The parties will work together in good faith to obtain admissions of fact and any

other stipulations necessary for the authentication of documents, electronically

stored information or things.  The Parties agree to review produced records for

opportunities to stipulate to authenticity. Presently, the need for an advance ruling

from the Court on the admissibility of any evidence is unknown.

**(G)Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**

The parties will work together in good faith to simplify all proof and evidentiary

issues.

**(H)Suggestions on the Advisability of Referring Matters to a Magistrate Judge or Master**

None at this time beyond discovery disputes, to the extent any arise.

**(I)  A Preliminary Estimate of the Time Required for Trial**

The estimated length of trial is approximately 3-4 days.

**(J)  Requested date or dates for conferences before trial, a final pretrial conference, and trial**

1.  Status Conference:  **March 1, 2023**.
2.  Trial period **April 3, 2023**.

**(K)Any other information that might be helpful to the Court in setting the case for status or pretrial conference**.

None at this time.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION
CASE NUMBER: 22-60542-CV-KMM
Page -4-

Respectfully submitted,


VALCOURT AND ASSOCIATES LLC.
850 N.E. Third Street
Suite 208
Dania Florida 33004
*//S//  Matthew J.. Valcourt//*
**Matthew J. Valcourt, Esq.**
Email: mvalcourt@valcourtlaw.com

HAMILTON MILLER & BIRTHISEL LLP.
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
*//S//  Brandon Bushway//*
**Brandon Bushway, Esq**.
Email: bbushway@hamiltonmillerlaw.com
*Attys for STARBOARD YACHT GROUP, LLC.*




BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143

 *//S//Robert W. Blanck, Esq.//*
**Robert W. Blanck, Esq**.
Email:  rblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MAIMI DIVISION
CASE NUMBER: 22-60542-CV-KMM
Page -5-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of MAY, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 and **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com E-Service: JVMserve@hamiltonmillerlaw.com **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Starboard,* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177

BY: _____

Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
Attorney for: MY BUDDY DAVIS LLC.

8044/JointSchedulingReport