UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 2022-cv-60542-KMM

MY BUDDY DAVIS LLC.,

Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

Defendant.

_____

**ORDER ON JOINT PLANNING AND SCHEDULING REPORT**

THIS CAUSE having come before the Court upon the Parties' Joint Planning and Scheduling Report and the Court having reviewed the file and being advised of the premises; it is hereby:

ORDERED AND ADJUDGED that the following reflects the discovery and trial deadlines:

Pursuant to S.D.Fla.L.R. 16.1(A)(2)(b), this case shall be assigned to the Standard Track.

| DEADLINE OR DATE | ACTION OR EVENT |
|---|---|
| July 18, 2022 | The parties shall exchange the information required by Fed. R. Civ. P. 26(a)(1). |
| July 29, 2022 | Joinder of parties and amendment of pleadings. |
| February 13, 2023 | All fact discovery must be completed. |
| October 10, 2022 | Parties shall furnish opposing counsel with a written list containing the |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
CASE NO.: 2022-cv-60542-KMM
Page -2-

names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify unless good cause is shown and there is no prejudice to opposing party. The parties are under a continuing obligation to supplement discovery responses within ten (10) days of receipt or other notice of new or revised information.

December 12, 2022 — Plaintiff must furnish expert witness list to the Defendant, along with the summaries/reports required by Local Rule 16.1.K and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Plaintiff shall make its experts available for deposition by Defendant.

December 12, 2022 — Defendant must furnish expert witness list to Plaintiff along with the summaries/reports required by Local Rule 16.1.k, and only those expert witnesses shall be permitted to testify. Within the fourteen day period thereafter, Defendant shall make its experts available for deposition by Plaintiff.

January 16, 2023 — Rebuttal reports shall be filed.

March 1, 2023 — All dispositive **and** other pretrial motions not explicitly excluded by S.D. Fla. L.R. 7.1.A.1, and accompanying memoranda of law, must be filed. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
CASE NO.: 2022-cv-60542-KMM
Page -3-

| | |
|---|---|
| January 30, 2023__ | Mediation must be completed. (The parties should select the earliest date to maximize resolution of the case in a manner that promotes client and judicial economy.) |
| February 13, 2023_____ | All expert discovery must be completed. *If Daubert or Markman hearing is necessary, the parties are to add that as an additional deadline at the bottom of Attachment A. All Daubert and Markman briefing shall be completed two weeks prior to any scheduled hearing on the same.* |
| March 13, 2023_____ | (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The pretrial stipulation shall include Plaintiff's non binding breakdown of damages with corresponding amounts; the witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. **The parties shall meet at least one (1) month prior to the deadline for filing the pretrial stipulation to confer on the preparation of that stipulation**. The Court will not accept unilateral pretrial stipulations, and will strike, *sua sponte*, any such submissions; **and**<br><br>(b) A joint statement outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, either in the form of a proposed jury instruction (for jury cases) or |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
CASE NO.: 2022-cv-60542-KMM
Page -4-

proposed conclusions of law (for non-jury cases); **and**

(c) Joint Summary of Respective Motions in Limine must be filed. The Summary shall contain a cover page providing the style of the case and an index of the motions in limine. The Summary shall also include for each evidentiary issue: (i) a one (1) page motion identifying the evidence sought to be precluded at trial and citing legal authority supporting exclusion; and (ii) a one (1) page response to the motion providing a statement of the purpose for which the challenged evidence would be offered and citing legal authority in support of admission of the challenged evidence. The parties shall work together to prepare the Summary. Prior to submission of the Summary, the parties are encouraged to resolve evidentiary issues through stipulation.

March 13, 2023

Final proposed jury instructions or findings of fact and conclusions of law must be submitted. *(A courtesy copy shall be submitted to chambers at moore@flsd.uscourts.gov in WordPerfect format)*, each party's list indicating each witness who will testify at trial, a one sentence synopsis of the testimony, and in consultation with opposing counsel, indicate the amount of time needed for direct and cross examination.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
CASE NO.: 2022-cv-60542-KMM
Page -5-

| | |
|---|---|
| March 1, 2023 | Pretrial conference.   Usually 30 minutes are allowed for pretrial conference unless the parties or the Court, *sua sponte*, indicate a greater time is needed. |
| April 3, 2023 | Trial Date |

It is FURTHER ORDERED AND ADJUDGED that the Parties may move for an extension of time to said deadlines, if necessity requires same.

DONE AND ORDERED at Chambers at Broward County, Florida this _____ day of _____, 2022.

_____
JUDGE K. MICHAEL MOORE
UNITED STATES DISTRICT COURT JUDGE

Copies furnished to:
All Counsel of Record

8044/JointSchedulingRptProposedOrder