UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 2022-cv-60542-KMM

MY BUDDY DAVIS LLC.,

     Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

     Defendant.

_____

## NOTICE OF SELECTION OF MEDIATOR

COMES NOW the Plaintiff, My Buddy Davis LLC., by and through his undersigned counsel, and pursuant to the Court's Order of Referral to Mediation dated May 27, 2022 DOC 19, notifies the Court that the parties have selected **Michael P. Essington, Esq.** as mediator for the above captioned matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _10th__ day of _JUNE__, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 and **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com E-Service: JVMserve@hamiltonmillerlaw.com **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Starboard*, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

               BLANCK & COOPER, P.A.
               5730 S.W. 74th Street, Suite #700
               Miami, Florida  33143
               Phone:  (305) 663-0177

BY: _____

               Robert W. Blanck, Esq. Fl Bar #311367
               Email: rblanck@shiplawusa.com
8044/NotSelectionMediator          Attorney for: MY BUDDY DAVIS LLC.