

**Starboard** YACHT GROUP

*850 NE 3rd St. Suite 208*
*Dania Beach, FL 33004*
*954-376-5400*

# EXHIBIT B

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14629 |



SEAKEEPER
DEALER

**Bill To**

Rudy Rodriguez-Duret
Broward Shipyard

*PAST DUE*

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 15038 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | 74 Buddy Davis | | | |
| Fiberglass/Paint | Labor With Parts | Removed lights on vessel as per Captain Buck grind and cover inside hole with 1808 & vinylester resin, cut and prep materials. Complete lamination inside and outside | 20 | 95.00 | 1,900.00T |
| Fiberglass/Paint | Parts for repair | Resin | 1 | 59.00 | 59.00T |
| Fiberglass/Paint | Parts for repair | Fiberglass /yd | 1 | 11.99 | 11.99T |
| Fiberglass/Paint | ARS15002 | Throw-a-way Brush - 2 | 3 | 1.95 | 5.85T |
| Fiberglass/Paint | EPC41017 | 16 Oz Plastic Measuring Pot - | 2 | 2.15 | 4.30T |
| Fiberglass/Paint | IND69036 | Indasa 6 36E Redline H/L 9 | 0.25 | 82.36 | 20.59T |
| Fiberglass/Paint | KIM49105 | Protective Coveralls XXL Select | 2 | 21.65 | 43.30T |
| Fiberglass/Paint | DCM202 | Sock Hoods | 2 | 3.95 | 7.90T |
| Fiberglass/Paint | Mix-Towels | Mix-Towels | 5 | 4.01 | 20.05T |
| Fiberglass/Paint | Parts for repair | Coosa | 1 | 150.00 | 150.00T |
| | | | | | 2,222.98 |
| Fiberglass/Paint | Workmans Comp | Workman Compensation and Liability Insurance | | 3.00% | 66.69T |

Thank you for your business!
We are dedicated to meeting the needs of the yachting industry and our customers.
Amount shown has automatically been discounted 3% for payment by cash or check.

*Signature:*

| | |
|---|---|
| **Subtotal** | $2,289.67 |
| **Sales Tax  (6.0%)** | $137.38 |
| **Total** | $2,427.05 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,427.05 |

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14630 |

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

PAST DUE

### Bill To

Rudy Rodriguez-Duret
Broward Shipyard



| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14672 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | Recommend Active Ride upgrade option for Zero speed Stability with INTERCEPTORS | | | |
| Engineering | Labor With Parts | Removed thru hull . Removed underwater lights(center) Removed trim tab pump. | 6.25 | 95.00 | 593.75T |
| Engineering | Labor With Parts | Sand stb side to install 1/2" cossa in trim tab space. install 1/2 " coosa with RJ paste Installed pieces in slots with coosa 2" to fill gap. sand port side coosa | 15 | 95.00 | 1,425.00T |
| Engineering | Labor With Parts | Grind putty in holes clean up | 7.5 | 95.00 | 712.50T |
| Engineering | Labor With Parts | Lamiate trim tabs pockets. grind and start fairing to smooth oout surface. | 7.5 | 95.00 | 712.50T |
| Engineering | Labor With Parts | Grind and fair with P77 bondo. | 5.5 | 95.00 | 522.50T |
| Engineering | Labor With Parts | Sand to smoot surface , reapply adtech P77 putty and sand it. | 7.5 | 95.00 | 712.50T |
| Engineering | Labor With Parts | Grind and close down light on transom, sand and laminate, grind and fair lights. | 7 | 95.00 | 665.00T |
| Engineering | Labor With Parts | Finish sanding | 2.5 | 95.00 | 237.50T |
| Engineering | Parts for repair | Interceptors H or HA 750 series | 1 | 9,817.00 | 9,817.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14630 |

**PAST DUE**



**Bill To**

Rudy Rodriguez-Duret
Broward Shipyard

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14672 | 12/31/2021 | |

850 NE 3rd St. Suite 208
Dania Beach, FL 33004
954-376-5400

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Engineering | Parts for repair | OPTIONAL AND Recommend Active Ride for underway improved Stabilization "May be a great way to pick up speed by removing fins"  SYG recommends contacting Strike marine as they can sell existing Naiad System to cover the cost of this upgrade. | 1 | 8,200.00 | 8,200.00T |
| Engineering | Parts for repair | Materials used to remove, glass, fill and fare old trim tabs | 1 | 1,800.00 | 1,800.00T |
| | | Total for Interceptor installation .............................. | | | 25,398.25 |
| Engineering | Freight/shipping | Freight for all parts Above Standard Freight can be upgraded over air for an additional 20,817 | 1 | 1,000.00 | 1,000.00T |

Thank you for your business!
We are dedicated to meeting the needs of the yachting industry and our customers.
Amount shown has automatically been discounted 3% for payment by cash or check.

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |

| | |
|---|---|
| **Subtotal** | $26,398.25 |
| **Sales Tax  (6.0%)** | $1,583.90 |
| **Total** | $27,982.15 |
| **Payments/Credits** | -$20,817.00 |
| **Balance Due** | $7,165.15 |



**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14632 |

*PAST DUE*

| Bill To |
|---|
| Rudy Rodriguez-Duret |
| Broward Shipyard |



| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14401 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | Steering System Upgrade | | | |
| Engineering | Labor With Parts | Removed thru hull, removed under water light(center) removed trim tab pump | 6.25 | 95.00 | 593.75T |
| Engineering | Labor With Parts | went to vessel and measured rudders and room for steering cylinders. | 1.5 | 95.00 | 142.50T |
| Engineering | Labor With Parts | ---Inspected steering lines with and revised plan an lines to be removed. disconnected hydraulic lines iside salon. disssmbled whote system on the interior.(salon) | 5.5 | 115.00 | 632.50T |
| Engineering | Labor With Parts | drop hydraulc lines fro salon to engine room. Disconnected hdraulic lines from holding resivior and manifold. pulled all lnes out of vessl capped of manfold lowr, removed hydralic pump from port motor needs coverr plat made to cap area of. | 19 | 115.00 | 2,185.00T |
| Engineering | Parts | OPTIMUS CORE PACK INBOARD | 1 | 10,108.86 | 10,108.86T |
| Engineering | Parts | SMARTCYLINDER | 2 | 2,378.06 | 4,756.12T |
| Engineering | Parts | ELECTRONIC HELM REAR MOUNT | 1 | 843.98 | 843.98T |
| Engineering | Parts | HARNESS EPS H7 20FT MICRO- C EXT | 1 | 200.14 | 200.14T |
| Engineering | Parts | HARNESS EPS CAN1 60FT 6 PIN | 1 | 406.94 | 406.94T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |

Page 1



**Starboard** YACHT GROUP

*850 NE 3rd St. Suite 208*
*Dania Beach, FL 33004*
*954-376-5400*

# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14632 |

*PAST DUE*

| Bill To |
|---|
| Rudy Rodriguez-Duret
Broward Shipyard |



SEAKEEPER
DEALER

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14401 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Engineering | Parts | SMARTCYLINDER HARNESS EXT EPS H9 6FT | 1 | 92.81 | 92.81T |
| Engineering | Parts | SS HOSE KIT PRO 2X16' | 1 | 335.93 | 335.93T |
| Engineering | Parts | SS HOSE KIT PRO 2X18' | 1 | 340.82 | 340.82T |
| Engineering | Parts | FITTING 90 DEGREE 2 IN PACKAGE | 2 | 43.05 | 86.10T |
| Engineering | Parts | DEVICE NET CAN TEE SINGLE | 1 | 41.10 | 41.10T |
| Engineering | Parts | HARNESS EPS H7 20 FT MICRO-C EXT | 1 | 200.14 | 200.14T |
| Engineering | Parts | HARNESS EPS H5 10 PIN FCI TO DEVICENET | 1 | 100.64 | 100.64T |
| Engineering | Sub w/o parts | Support Plates for Optimus 360 Ram | 1 | 1,428.57 | 1,428.57T |
| | | | | | 22,495.90 |

Thank you for your business!
We are dedicated to meeting the needs of the yachting industry and our customers.
Amount shown has automatically been discounted 3% for payment by cash or check.

*Signature:*

| | | |
|---|---|---|
| **Subtotal** | | $22,495.90 |
| **Sales Tax  (6.0%)** | | $1,349.75 |
| **Total** | | $23,845.65 |
| **Payments/Credits** | | -$18,564.39 |

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |

| **Balance Due** | $5,281.26 |
|---|---|



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

**SEAKEEPER**
DEALER

*PAST DUE*

### Bill To
Rudy Rodriguez-Duret
Broward Shipyard

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | SEAKEEPER 18 REFIT | | | |
| Seakeeper | Labor With Parts | removed diesels fuel sight glass and installed plugs in tank removed steering system. steering rams, pedestals and cross bar. | 13.5 | 95.00 | 1,282.50T |
| Seakeeper | Labor With Parts | Went to vessel and dry fit sk template on selected area. took measurments. | 3 | 95.00 | 285.00T |
| Seakeeper | Labor With Parts | Worked on cutting away stringer and shelf board to make way for seakeeper platform. | 13.5 | 95.00 | 1,282.50T |
| Seakeeper | Labor With Parts | wet to vessel took sample of stringers, made sure they follow the marks andCut away stringer | 13 | 95.00 | 1,235.00T |
| Seakeeper | Labor With Parts | Ran wires from aft to breaker panel | 10 | 95.00 | 950.00T |
| Seakeeper | Labor With Parts | sand, sand bilge area for seakeeper platform | 15 | 95.00 | 1,425.00T |
| Seakeeper | Labor With Parts | Sand and cut out areas for seakeeper platform. sanded gelcoat to fiberglass. | 15.5 | 95.00 | 1,472.50T |
| Seakeeper | Labor With Parts | Final sand bilge area for seakeepr platform , vacuum area | 6 | 95.00 | 570.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |

Page 1



## Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

PAST DUE

### Bill To

Rudy Rodriguez-Duret
Broward Shipyard



| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Seakeeper | Labor With Parts | Made template for seakeepr, cut out piece of template on cussa board (12) pieces to make a 4 1/2 thick, | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | Prep cussa board stringers, piece by piece to dry fit in place (8) pieces. made sure pieces are in properly, made wedges to fit before putty it in place. putty in all (8) pieces, Wedge between the two stringers to made a tight wedge. | 13 | 95.00 | 1,235.00T |
| Seakeeper | Labor With Parts | continued foundation cusa fabricaiton | 11 | 95.00 | 1,045.00T |
| Seakeeper | Labor With Parts | Prep materials for laminaiton of stringer. cleaned and vacuum area. cut materials to fit stringers. 2 layers. began laminaiton. | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | Went to vessel and dry fit template with backing plate to get measurments on the spacer we need to put in between template and the aluminum base in order to plexus check lamination on stringer, and needs to be redone | 12.5 | 95.00 | 1,187.50T |
| Seakeeper | Labor With Parts | Sand delaminated areas on stringers. | 11.5 | 95.00 | 1,092.50T |
| Seakeeper | Labor With Parts | Removed trim tabs from transome. seure area, moved vesselgrind to remove all laminated cut materials, laminate stringser with 3 layers of 1708 and 1808 | 10.5 | 95.00 | 997.50T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

*Signature:*

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

PAST DUE

### Bill To

Rudy Rodriguez-Duret
Broward Shipyard



| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Seakeeper | Labor With Parts | Sand and installed seakeeper base with plexus | 7 | 95.00 | 665.00T |
| Seakeeper | Labor With Parts | Went to vvessel removed template people whee working where the seakeeper plate is located. we couln't remove it. starrt investigating for possible ways to ove fuel tank to get betteer laminatin surface. fueltank connot be oved in any way. to big and no access. | 4.5 | 95.00 | 427.50T |
| Seakeeper | Labor With Parts | Went to vessel removed seakeepe plat and instal set scews to cover hols, make whe it needs to be cut , prep area to cut away bulkhead in between stringers mar out ara to be cut. | 9 | 95.00 | 855.00T |
| Seakeeper | Labor With Parts | prep and cut out blukhead forward of gas tan. began cutting away blukhead. | 16 | 95.00 | 1,520.00T |
| Seakeeper | Labor With Parts | prep area to sand side of seakeeper alum panel. sides uneven. sand to mak flussh. cut away uneven edges for lamination. grind bottom area uneven. | 15 | 95.00 | 1,425.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

*Signature:*

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



**STARBOARD**
YACHT GROUP

*850 NE 3rd St. Suite 208*
*Dania Beach, FL 33004*
*954-376-5400*

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2021 | 2009-14633 |

*PAST DUE*

| Bill To |
|---------|
| Rudy Rodriguez-Duret<br>Broward Shipyard |

**SEAKEEPER**
DEALER

| W.O. # | Due Date | Vessel Name |
|--------|----------|-------------|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|-------|------|-------------|-----|------|--------|
| Seakeeper | Labor With Parts | Went to vessel took measurmntts for bulhead rplacmentt. mark what needs to b grid under fuel tank,cut edg of stringer fo laminato. sand bottom of bilge to be even. round eddge of alumin. mae edge on al boarder straight rmoved all P clamps that were holding elec and hdraulic lin alongg back of salon ceiling. pulled down all elecc to get tot hydalic lines. pulled all hdali lines dow3n installe 12 weld mount and resecure ele lines. fwd hydaulic lines down to eninge room as much a possible. | 25.5 | 95.00 | 2,422.50T |
| Seakeeper | Labor With Parts | made template for bulkhead and stringer. cut out ttemplat, measuree material to bbee laminated. | 6 | 95.00 | 570.00T |
| Seakeeper | Labor With Parts | Cut and sand | 7 | 95.00 | 665.00T |
| Seakeeper | Labor With Parts | building parts for supports | 6.5 | 95.00 | 617.50T |
| Seakeeper | Labor With Parts | Prep addition of stringer. laminate large main stringer. six layer of 1808 prepare small stringer cut and route. | 15 | 95.00 | 1,425.00T |
| Seakeeper | Labor With Parts | Start lamination on small inside stringer. trim and cut large stringer to measurment required. | 14 | 95.00 | 1,330.00T |

| | | |
|---|---|---|
| **Subtotal** | | |
| **Sales Tax  (6.0%)** | | |
| **Total** | | |
| **Payments/Credits** | | |
| **Balance Due** | | |

*Signature:*

| Fax # | E-mail |
|-------|--------|
| 954-920-6255 | billing@starboardyacht.com |

Page 4



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

**850 NE 3rd St. Suite 208
Dania Beach, FL 33004
954-376-5400**

PAST DUE



SEAKEEPER
DEALER

| Bill To |
|---|
| Rudy Rodriguez-Duret
Broward Shipyard |

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Seakeeper | Labor With Parts | Made and pasted extention form for stringers , went to vessel and took measurments | 6 | 95.00 | 570.00T |
| Seakeeper | Labor With Parts | Recut and resized estention and stringerss, make fit in holes. sand area to lay flat. put in stringers with paste let dry. paste both large and small stringers in plate. sand make even repaste all un even surface. | 14.5 | 95.00 | 1,377.50T |
| Seakeeper | Labor With Parts | Laminate stringers for seakeeper | 15 | 95.00 | 1,425.00T |
| Seakeeper | Labor With Parts | sand and laminate stringers | 15 | 95.00 | 1,425.00T |
| Seakeeper | Labor With Parts | Finished laminating stringer. | 13 | 95.00 | 1,235.00T |
| Seakeeper | Labor With Parts | Sand and paste P77 on areas to be painted to make even. | 7 | 95.00 | 665.00T |
| Seakeeper | Labor With Parts | sand and repste P77 on stringer,bottom, sides on all areas that where laminatied. | 7 | 95.00 | 665.00T |
| Seakeeper | Labor With Parts | Made template to replace cut out bulkhead with coosa board. made template to attach rudder table to stringers. made rudder attachment. laminate rudder attachments. | 13 | 95.00 | 1,235.00T |

| | |
|---|---|
| Subtotal | |
| Sales Tax  (6.0%) | |
| Total | |
| Payments/Credits | |
| **Balance Due** | |

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



# Invoice

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

**PAST DUE**

| Bill To |
|---|
| Rudy Rodriguez-Duret<br>Broward Shipyard |



| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Seakeeper | Labor With Parts | Cut coosa board for bulkhead aft of tank. installed bulkhead with paste. sand area to laminate. laminated one layer of coosa board to existing bulkhead. | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | Prep cut out for rudder support. sand area to be laminated, laminated rudder support, laminated bulkhead aft 3 layers of glasss. | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | Sand area on stringer . made template for under rudder table. sand that area to be lainated. | 7 | 95.00 | 665.00T |
| Seakeeper | Labor With Parts | Make template for added rudder table, for strength, cut fiberglass to laminate the pieces . laminate both pieces to rudder table. | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | Sand bilge area to  be painted , made touch up where needed.brilled out drain holes in stringers. sand bottom area, found flake like paint pelling off around rundder. | 13 | 95.00 | 1,235.00T |
| Seakeeper | Labor With Parts | Sand area of entire bilge area. make smooth for paint. cut holes for drain in stringers in bilge area. starboard drain holes complete. | 13 | 95.00 | 1,235.00T |
| Seakeeper | Labor With Parts | sand area in bilge for later bilge paint. drill drain holes in stringers. | 13 | 95.00 | 1,235.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

850 NE 3rd St. Suite 208
Dania Beach, FL 33004
954-376-5400

**PAST DUE**

| Bill To |
|---|
| Rudy Rodriguez-Duret
Broward Shipyard |



| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Seakeeper | Labor With Parts | Finished drilling out drain holes finished sanding surrounding areas for final paint. finished putting PVC pipes in holes for drains. | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | Made up putty paste to install PVC pipes with paste. drill two more drain holes. sand area and paste cover with P77 | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | sand area for rudder arm extention on outside stringer. made plate for extention to be laminated on stringer | 12 | 95.00 | 1,140.00T |
| Seakeeper | Labor With Parts | Cut pieces for rudder arm with coosa board. made up some paste for install coosa . cut material for lamination. sand coosa to laminate. laminate board. | 13 | 95.00 | 1,235.00T |
| Seakeeper | Labor With Parts | Sand both rudder plates for rudder arm, drilled out holes that where laminated fromplates. plug holes in bulkhead. open hole center bulkhead low main drain., paste bulkhead and laminate are with P77 | 15 | 95.00 | 1,425.00T |
| Seakeeper | Labor With Parts | Sand area for P77 paste on bulkhead. make smooth area after P77 is dry made ready for paint. removed stbd side trim tab. | 14 | 95.00 | 1,330.00T |

| | |
|---|---|
| Subtotal | |
| Sales Tax  (6.0%) | |
| **Total** | |

**Signature:**

| Fax # | E-mail | |
|---|---|---|
| 954-920-6255 | billing@starboardyacht.com | **Payments/Credits** |
| | | **Balance Due** |



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

PAST DUE

### Bill To

Rudy Rodriguez-Duret
Broward Shipyard

850 NE 3rd St. Suite 208
Dania Beach, FL 33004
954-376-5400



DEALER

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Seakeeper | Labor With Parts | drill out holes for seakeeper . made jig fit on stringer. grind area where gig is hitting. made jig for acces holes in bilge area near mufffler. | 8 | 95.00 | 760.00T |
| Seakeeper | Labor With Parts | Sand area for bilge paint to put in seakeeper, one coat of paint. drilled holes on holding bracket where seakeeper would be mounted. cleaned area to be painted. | 14 | 95.00 | 1,330.00T |
| Seakeeper | Labor With Parts | Touch up bilge area with bilge pant for installation of seakeeper. sand area of trim tab where humprees would be install. cut piec es of coosa board to fill void of trim tab pistons. | 14 | 95.00 | 1,330.00T |
| Seakeeper | Sub w/o parts | Perform Naval Architecture drawings to support founation team<br>Gather measurments of existing structure and construct model for design<br>Consult with captain Buck and Arthur regarding founation<br>Run SK18 Load simulation tests and evaluate solutions to avoid removal of fuel tank<br>Provide alternative plans to satisfy Aurthur<br>Correspond with owner represented NA and recieve approval of plans from vessel owner | 40 | 150.00 | 6,000.00T |
| Seakeeper | Parts for repair | Supply and Install 1 Seakeeper 18 Gyro Stabilizer with 2000 hour / 2 year warranty | 1 | 123,500.00 | 123,500.00T |
| Seakeeper | Freight/shipping | Freight | 1 | 1,200.00 | 1,200.00T |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

*PAST DUE*

**Bill To**

Rudy Rodriguez-Duret
Broward Shipyard

**SEAKEEPER**
**DEALER**

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| Seakeeper | Parts for repair | plexus, vinylester resin, Plexis, Core material, fiberglass, gelcoat, aluminum masking material ect. for install and foundation<br><br>hours as of 11/15 590 | 1 | 4,300.00 | 4,300.00T |
| | | | | | 191,810.00 |
| Seakeeper | Disc-preferred | Courtesy Discount | | -14,120.00 | -14,120.00 |
| Seakeeper | Disc-preferred | Seakeeper discount | | -4,500.00 | -4,500.00 |
| Seakeeper | Disc-preferred | Discount off Estimate 2009-6395 | | -2,500.00 | -2,500.00 |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

**Signature:**

| Fax # | E-mail |
|---|---|
| 954-920-6255 | billing@starboardyacht.com |



**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/31/2021 | 2009-14633 |

*PAST DUE*

### Bill To

Rudy Rodriguez-Duret
Broward Shipyard

SEAKEEPER
DEALER

| W.O. # | Due Date | Vessel Name |
|--------|----------|-------------|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|-------|------|-------------|-----|------|--------|
| | | NOTE:  Due to Seakeeper location aft SYG recommends upgrading steering system with Dometic Seastar electric.  Please reference Steering upgrade estimate to resolve interference with Rudder Tie Bar and existing Rudder hydraulic steering assist actuators.<br><br>SYG recommends installation access with larger hatch for service.   Given the selected installation space is very tight and customer has selected to use his contracted fiberglass company to construct gutter and hatch for Seakeeper access and sphere service and maintenance.   Hatch must allow space length to fit frame of unit and be wide enough to pass the sphere through the opening min 30"s with Gimbal Mounts removed and recommended equal or greater that 32"s.   SYG is available to consult and assist with the design and build with customers contracted lamination team for the deck hatch, gutter and drainage.<br><br>Starboard Yacht Group LLC. proposes to furnish labor and<br>materials to complete the above specified work.<br>Workmanship and<br>materials are guaranteed for 2 years from the date of completion and<br>"Paid in Full" status. Any changes to scope of | | | |

| | |
|---|---|
| **Subtotal** | |
| **Sales Tax  (6.0%)** | |
| **Total** | |
| **Payments/Credits** | |
| **Balance Due** | |

*Signature:*

| Fax # | E-mail |
|-------|--------|
| 954-920-6255 | billing@starboardyacht.com |



# Invoice

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

*PAST DUE*

| Date | Invoice # |
|------|-----------|
| 12/31/2021 | 2009-14633 |

| Bill To |
|---------|
| Rudy Rodriguez-Duret |
| Broward Shipyard |

**SEAKEEPER**
**DEALER**

| W.O. # | Due Date | Vessel Name |
|--------|----------|-------------|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|-------|------|-------------|-----|------|--------|
| | | work listed above within the specifications will be executed only upon written orders and will become an additional charge over and above the proposal. Upon acceptance of the estimate a 124,000.00 deposit is due, upon unit arrival and additional 50% of labor and 100% of parts required prior to start of work. The remaining balance is due upon completion of the work outlined above. Balance due upon receipt of final invoice. We require a credit card to be kept on file prior to commencement any work.  All sales are final and no refunds are available for shipped units. Please send your signed estimate to Theresa@starboardyacht.com. A tax resale/exemption certificate should be included if applicable. : This is an estimate and not an actual cost of Service. The actual invoice will reflect actual labor hours worked and materials consumed Accepted by (Sign): _____ Print: _____ | | | |

| | | |
|---|---|---|
| | **Subtotal** | |
| | **Sales Tax  (6.0%)** | |
| ***Signature:*** | **Total** | |

| Fax # | E-mail | **Payments/Credits** |
|-------|--------|---------------------|
| 954-920-6255 | billing@starboardyacht.com | **Balance Due** |



# Invoice

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

*PAST DUE*

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

| Bill To |
|---|
| Rudy Rodriguez-Duret |
| Broward Shipyard |



| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | Date: _____ | | | |

| | Subtotal | |
|---|---|---|
| | Sales Tax  (6.0%) | |
| **Signature:** | Total | |
| Fax # | E-mail | Payments/Credits |
| 954-920-6255 | billing@starboardyacht.com | **Balance Due** |



# Invoice

| Date | Invoice # |
|---|---|
| 12/31/2021 | 2009-14633 |

**850 NE 3rd St. Suite 208**
**Dania Beach, FL 33004**
**954-376-5400**

PAST DUE

### Bill To

Rudy Rodriguez-Duret
Broward Shipyard



SEAKEEPER
DEALER

| W.O. # | Due Date | Vessel Name |
|---|---|---|
| 14402 | 12/31/2021 | |

| Class | Item | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|
| | | | | | |

Thank you for your business!
We are dedicated to meeting the needs of the yachting industry and our customers.
Amount shown has automatically been discounted 3% for payment by cash or check.

| | |
|---|---|
| **Subtotal** | $170,690.00 |
| **Sales Tax  (6.0%)** | $10,241.40 |
| **Total** | $180,931.40 |

*Signature:*

| Fax # | E-mail | | |
|---|---|---|---|
| 954-920-6255 | billing@starboardyacht.com | **Payments/Credits** | -$110,000.00 |
| | | **Balance Due** | $70,931.40 |