**EXHIBIT A**



# Estimate

| Date | Estimate # |
|---|---|
| 3/26/2021 | 2009-6394 |

Rudy Rodriguez-Duret
Broward Shipyard

*850 NE 3rd Street, Dania Beach,*
*FL 33004*
*954-376-5400*



| Vessel Name | Vessel Location | Key Location |
|---|---|---|
|  |  |  |

| Description | Qty | Cost | Total |
|---|---|---|---|
| SEAKEEPER 18 REFIT | | | |
| Supply and Install 1 Seakeeper 18 Gyro Stabilizer with 2000 hour / 2 year warranty | 1 | 123,500.00 | 123,500.00T |
| Freight | 1 | 1,200.00 | 1,200.00T |
| Install seacocks, strainers and waterpumps for Seakeeper cooling system | 140 | 115.00 | 16,100.00T |
| Install breakers in AC and DC to existing Distribution panel to power Seakeeper unit | | | |
| Run display wiring to helm and install display | | | |
| Modify Rudder shelf to receive new stringer system and reinforce transom with transverse bulkhead at transom | | | |
| Custom Build foundation using high density Core material, vinylester resin and varying weights of fiberglass with embedded 1" aluminum mounting plates aligned with SK18 mounting system | | | |
| Apply Paint or gelcoat to match existing bilge finish to entire aft transom compartment and rudder shelf to include all modified and effected areas from Seakeeper installation | | | |
| Perform Seakeeper installation | | | |
| Complete Assembly of Seakeeper | | | |
| Perform sea trial and commissioning. | | | |
| misc supplies- electrical, plumbing, fittings, hardware, fasteners, plexus, vinylester resin, Plexis, Core material, fiberglass, gelcoat, aluminum | 1 | 5,300.00 | 5,300.00T |
| masking material ect. for install and foundation | | | |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.
Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature _____ Date_____

| Sales Tax  (6.0%) |
|---|
| **Total** |



# Estimate

*850 NE 3rd Street, Dania Beach, FL 33004*
*954-376-5400*

| | Date | Estimate # |
|---|---|---|
| | 3/26/2021 | 2009-6394 |

Rudy Rodriguez-Duret
Broward Shipyard



| Vessel Name | Vessel Location | Key Location |
|---|---|---|
| | | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Transfer fuel from mid tanks to fwd tanks in engine room | 8 | 115.00 | 920.00T |
| Remove plumbing and remove fuel tank site tube plumbing and seal with plug | | | |
| Remove sea vision center underwater lights and glass existing hole due to lost access | | | |
| Remove Thru hull ball valve, reinstall with 90 degree fitting to vertical valve and barb to receive hose or eliminate. | | | |
| Remove Bilge pump for Relocation under unit | | | |
| Install Maretron fuel sender in tank and calibrate to new electronics "Customer Supplied" | | | |
| Maretron Fuel Sender and misc plumbing | 1 | 400.00 | 400.00T |
| | | | 147,420.00 |
| Courtesy Discount | | -14,120.00 | -14,120.00 |
| Seakeeper discount | | -4,500.00 | -4,500.00 |
| Discount off Estimate 2009-6395 | | -2,500.00 | -2,500.00 |
| | | | |
| NOTE:  Due to Seakeeper location aft SYG recommends upgrading steering system with Dometic Seastar electric.  Please reference Steering upgrade estimate to resolve interference with Rudder Tie Bar and existing Rudder hydraulic steering assist actuators. | | | |
| | | | |
| SYG recommends installation access with larger hatch for service. Given the selected installation space is very tight and customer has selected to use his contracted fiberglass company to construct gutter and hatch for Seakeeper access and sphere service and maintenance. Hatch must allow space length to fit frame of unit and be wide enough to pass the sphere through the opening min 30"s with Gimbal Mounts removed and recommended equal or greater that 32"s.  SYG is available to consult and assist with the design and build with customers contracted lamination team for the deck hatch, gutter and drainage. | | | |
| | | | |
| ESTIMATED DURATION OF PROJECT IS 3 WEEKS | | | |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.
Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature _____   Date_____

| | |
|---|---|
| **Sales Tax  (6.0%)** | |
| **Total** | |



# Estimate

| Date | Estimate # |
|---|---|
| 3/26/2021 | 2009-6394 |

Rudy Rodriguez-Duret
Broward Shipyard

*850 NE 3rd Street, Dania Beach, FL 33004*
*954-376-5400*



| Vessel Name | Vessel Location | Key Location |
|---|---|---|
|  |  |  |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Starboard Yacht Group LLC. proposes to furnish labor and materials to complete the above specified work. Workmanship and materials are guaranteed for 2 years from the date of completion and "Paid in Full" status. Any changes to scope of work listed above within the specifications will be executed only upon written orders and will become an additional charge over and above the proposal. Upon acceptance of the estimate a 124,000.00 deposit is due, upon unit arrival and additional 50% of labor and 100% of parts required prior to start of work. The remaining balance is due upon completion of the work outlined above.<br>Balance due upon receipt of final invoice. We require a credit card to be kept on file prior to commencement any work.  All sales are final and no refunds are available for shipped units.<br>Please send your signed estimate to Theresa@starboardyacht.com. A tax resale/exemption certificate should be included if applicable.<br>: This is an estimate and not an actual cost of Service. The actual invoice will reflect actual labor hours worked and materials consumed<br>Accepted by (Sign): _____ Print:<br>_____<br>Date: _____ |  |  |  |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.
Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature _____Date_____

| | |
|---|---|
| **Sales Tax  (6.0%)** | $7,578.00 |
| **Total** | $133,878.00 |



# Estimate

| Date | Estimate # |
|---|---|
| 6/1/2021 | 2009-6603 |

Rudy Rodriguez-Duret
Broward Shipyard



| Vessel Name | Vessel Location | Key Location |
|---|---|---|
| | | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| 74' Buddy Davis | | | |
| | | | |
| Travel to vessel and remove Trim Actuators , Control panel and Hydraulic Pump | 16 | 115.00 | 1,840.00T |
| Install new components and test | | | |
| Bennett Trim Control HYD | 1 | 431.19 | 431.19T |
| Bennett Pump | 1 | 359.99 | 359.99T |
| Actuators HYD | 4 | 132.59 | 530.36T |
| 3M Oil Absorber | 6 | 1.98 | 11.88T |
| Tubing - Line | 100 | 3.28 | 328.00T |
| | | | 3,501.42 |
| Workman Compensation and Liability Insurance | | 3.00% | 105.04T |
| Estimates are for budgetary purposes only.   Upon acceptance of the | | 0.00 | 0.00T |
| estimate 50% of labor is required as a deposit prior to start of work and 100% of the materials if applicable. | | | |
| The remaining balance is due upon completion of the work outlined above. | | | |
| Balance due upon receipt of final invoice (progress invoicing to be issued weekly if/when project | | | |
| extends beyond two weeks). We require a credit card to be kept on file prior to commencement any work. | | | |
| | | | |
| Also 3% will be added to all invoices for Workers Comp | | | |
| | | | |
| Please send your signed estimate to Theresa@starboardyacht.com. | | | |
| A tax resale/exemption certificate should be included if applicable. | | | |
| : This is an estimate and not an actual cost of Service. The actual invoice will reflect actual labor hours worked and materials consumed | | | |
| Accepted by (Sign): _____ Print: _____ | | | |
| Date: _____ | | | |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.

Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature _____Date_____

| **Sales Tax  (6.0%)** | $216.39 |
|---|---|
| **Total** | $3,822.85 |



# Estimate

**850 NE 3rd Street, Dania Beach, FL 33004**

**954-376-5400**

| Date | Estimate # |
|---|---|
| 6/1/2021 | 2009-6596 |

Rudy Rodriguez-Duret
Broward Shipyard



| Vessel Name | Vessel Location | Key Location |
|---|---|---|
| | | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| 74' Buddy Davis | | | |
| Remove (1) existing Light cracked port side Sea Vision , Clean up housing and re install light previosly removed from center location | 4 | 115.00 | 460.00T |
| Install (7) Underwater lights - (2) in on each side of vessel PORT & STBD , Install (5) in the Back of the vessel | 20 | 115.00 | 2,300.00T |
| Run Dedicated 24VDC power from Dedicated Braker in DC panel Dress all wires and cables | | | |
| Lumitech Underwater Light, White/Blue | 7 | 289.99 | 2,029.93T |
| 3M 5200 White Adhesive | 2 | 34.65 | 69.30T |
| Mix-Towels | 5 | 3.95 | 19.75T |
| Electrical Connectors/ pK | 1 | 29.90 | 29.90T |
| Marine Grade Wire 10/2 | 100 | 2.18 | 218.00T |
| | | | 5,126.88 |
| Workman Compensation and Liability Insurance | | 3.00% | 153.81T |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.
Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature                                    Date_____

| Sales Tax  (6.0%) | |
|---|---|
| **Total** | |



# Estimate

**850 NE 3rd Street, Dania Beach, FL 33004**

**954-376-5400**

| Date | Estimate # |
|---|---|
| 6/1/2021 | 2009-6596 |

Rudy Rodriguez-Duret
Broward Shipyard



| Vessel Name | Vessel Location | Key Location |
|---|---|---|
| | | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Estimates are for budgetary purposes only.   Upon acceptance of the estimate 50% of labor is required as a deposit prior to start of work and 100% of the materials if applicable.<br>The remaining balance is due upon completion of the work outlined above.<br>Balance due upon receipt of final invoice (progress invoicing to be issued weekly if/when project<br>extends beyond two weeks). We require a credit card to be kept on file prior to commencement any work.<br><br>Also 3% will be added to all invoices for Workers Comp<br><br>Please send your signed estimate to Theresa@starboardyacht.com.<br>A tax resale/exemption certificate should be included if applicable.<br>: This is an estimate and not an actual cost of Service. The actual invoice will reflect actual labor hours worked and materials consumed<br>Accepted by (Sign): _____  Print: _____<br>Date: _____ | | 0.00 | 0.00T |

I hereby authorize the above work to be performed along with necessary materials, and hereby grant you and/or your employees permission to operate the boat herein described for the purpose of testing and/or inspection.
Amount shown has automatically been discounted 3% for payment by cash or check.

Customer Signature_____Date_____

| | |
|---|---|
| **Sales Tax  (6.0%)** | $316.84 |
| **Total** | $5,597.53 |