- **buddydavis_refit**

First major stumbling block! I guess lesson learned! My only advice is before hiring someone to do major work on your refit ie: installing a @seakeeper_inc , @Humphree or @Optimus5000 steering system take 10 minutes to look them up on the Clerk of Courts! Where there is smoke, usually there is fire!

In 25 years of doing business i've never had to sue anyone, it hurts to break the cherry, but what bothers me the most is the time I'm losing because I didn't take the 5 minute to look this guy up.
If you have been a victim to Jake from @starboardyacht or know others that have been please send me a message. Our team has found 7 so far, would appreciate any info!

#humphree #stabilization #stabilizer #fins #refit #boat #boatlife #boating #yacht #dania #seakeeper #no roll #service#finishing #birtbag #thief #customboatbuilding #viking #customyacht #stayaway #buddydavis #buddydavisyachts #daniabeach #starboardyacht #starboardyachtgroup #starboardyachts #jake #harbourtownemarina #harbourtown #marina

2h

•

○

**yasi3535**

Funny the minute I saw the guy, I knew he was a scammer. Told you so!

2h

2 likes

Reply

**buddydavis_refit**

@manuelhhre tell me about it! Regardless i'm having a call with Seakeeper and just buying another one while the courts do their thing. But these things take like over a year so i'm just going to eat it and buy another one. Only way it could go faster is my meet with the state attorney's office goes well. If they decide to add criminal theft charges, then it will move faster. But regardless I'm moving forward and buying another one! Time is money!

2h

5 likes

Reply