UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**IN ADMIRALTY**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company,

        Plaintiff,

                                      CASE NO.: 0:22-cv-60542-KMM

vs.

STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

        Defendant.
_____/

### <u>NOTICE OF FILING PROPOSED SUMMONS ON A THIRD PARTY COMPLAINT</u>

Defendant/Third-Party Plaintiff STARBOARD YACHT GROUP, LLC, by and through

the undersigned counsel, hereby files the attached proposed Third-Party Summons to Rodolfo

Rodriguez-Duret.

**Dated: July 8, 2022**

                        Respectfully submitted,

                        */s/ Brandon Bushway*
                        **JULES V. MASSEE**
                        Florida Bar Number: 41554
                        jmassee@hamiltonmillerlaw.com
                        **BRANDON BUSHWAY**
                        Florida Bar Number: 1015247
                        bbushway@hamiltonmillerlaw.com
                        Hamilton, Miller & Birthisel, LLP
                        100 S. Ashley Drive, Suite 1210
                        Tampa, Florida 33602
                        **E-SERVICE**: JVMserve@hamiltonmillerlaw.com
                        P: 813-223-1900 / F: 813-223-1933
                        *Counsel for Defendant Starboard Yacht Group,*
                        *LLC.*

**MATTHEW J. VALCOURT**
Florida Bar Number: 0088791
Email:  mvalcourt@valcourtlaw.com
VALCOURT AND ASSOCIATES LLC
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Counsel for Defendant Starboard Yacht Group, LLC*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **July 8, 2022,** the foregoing document is being served on all counsel of record or *pro se* parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Brandon Bushway*
Attorney


**SERVICE LIST**
**CASE NO.: 0:22-cv-60542-KMM**

**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*