UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**IN ADMIRALTY**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company,

      Plaintiff,

vs.                                                                          CASE NO.: 0:22-cv-60542-KMM

STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

      Defendant.

_____
STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

      Defendant/Third-Party Plaintiff,

vs.

74' BUDDY DAVIS SPORTFISH VESSEL,
ITS ENGINES, TACKLE, MACHINERY,
COMPONENTS, TOOLS, RIGGING,  GEAR,
BOATS, APPURTENANCES ETC., *in rem*,
and   RUDY   RODOLFO      ("RUDY")
RODRIGUEZ-DURET, *in personam.*

      Third-Party Defendant,

_____/

**NOTICE OF ENTRY OF PARTY**

      COMES NOW the Defendant/Third-Party Plaintiff STARBOARD YACHT GROUP,

LLC, and files this Notice of Entry of Party to include Third-Party Defendant **RUDY**

**RODOLFO  ("RUDY") RODRIGUEZ-DURET**.

[SIGNATURE BLOCK IS ON THE NEXT PAGE]

Respectfully submitted,

*/s/ Brandon Bushway*
**JULES V. MASSEE**
Florida Bar Number: 41554
jmassee@hamiltonmillerlaw.com
**BRANDON BUSHWAY**
Florida Bar Number: 1015247
bbushway@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
**E-SERVICE**: JVMserve@hamiltonmillerlaw.com
P: 813-223-1900 / F: 813-223-1933
*Counsel for Defendant Starboard Yacht Group, LLC.*


**MATTHEW J. VALCOURT**
Florida Bar Number: 0088791
Email:  mvalcourt@valcourtlaw.com
VALCOURT AND ASSOCIATES LLC
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Counsel for Defendant Starboard Yacht Group, LLC*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **July 12, 2022,** the foregoing document is being served on all counsel of record or *pro se* parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Brandon Bushway*
Attorney

2

## SERVICE LIST
## CASE NO.: 0:22-cv-60542-KMM

**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*