UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2022-cv-60542-KMM/LFL

MY BUDDY DAVIS LLC.,

      Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

      Defendant.

_____

## PARTIES JOINT MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIM

Plaintiff MY BUDDY DAVIS LLC, by and through undersigned counsel and pursuant to Southern District of Florida Local Rule 7.1.A.3 and Fed. R. Civ. P. 6(b)(1)(A), hereby files it's the parties Joint Motion for Extension of Time to Respond to the Defendant's Answer, Affirmative Defenses, and Counterclaim, and in support states the follows:

1. On July 6, 2022, Defendant STARBOARD YACHT GROUP LLC ("SYG") filed its Answer, Affirmative Defenses and Counterclaimtheir original Complaint in this Court [D.E. 29]. Plaintiff's response to the Counteclaim is due on or before July 26, 2022.

2. Pursuant to Local Rule 7.1(A)(3), counsel for the parties conferred in a good faith effort to resolve the issues to be addressed regarding Defendants Affirmative Defenses and Counterclaim.

3. As a result of that conferral, Defendant agreed to file Amended Affirmative Defenses and Amended Counterclaim.

4. A close family member of Defendant's counsel recently passed away and he is out of town attending the services and as a result and subject to this Courts approval the Parties have agreed that the Defendant shall have to Auguist 10th, 2022 to Amend Affirmative Defenses and Amend Counterclaim.

5. This request for an extension will allow the Defednant an opportunity after the conclusion of his resposiblitiies related to his sibilings passing away to amend the Pleadiungs  and is not sought for the purpose of delay, and will not prejudice any party.

WHEREFORE, Plaintiff MY BUDDY DAVIS LLC respectfully requests the Court to enter an Order granting an extension of time for the Defendant to file its Amended Affirmative Defenses and Amended Counterclaim .

## LOCAL RULE 7.1(A)(3) CERTIFICATION

Pursuant to Local Rule 7.1(A)(3), undersigned counsel for MY BUDDY DAVIS LLC certifies that he has conferred with counsel for the Defendant in a good faith effort to resolve the issues raised in this motion, and that the Defendant agrees to the relief requested.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _25th__day of _JULY__, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 and **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com   E-Service:   JVMserve@hamiltonmillerlaw.com **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Starboard,* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

2

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143
Phone:  (305) 663-0177

BY:   _____

Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
William B. Blanck, Esq.
Florida Bar Number: 1013889
Email: wblanck@shiplawusa.com
Attorneys for: MY BUDDY DAVIS LLC

8044/ExtensionMotionCounterclaim

3