UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2022-cv-60542-KMM/LFL

MY BUDDY DAVIS LLC.,

    Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

    Defendant.

_____

## AGREED ORDER GRANTING MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court upon the Parties Joint Motion for Extension of Time. The Court, having reviewed the Motion and being advised fully in the premises and the agreement of the parties, hereby

ORDERS AND ADJUDGES as follows: The Parties Joint Motion for Extension of Time is GRANTED. Defendant STARBOARD YACHT GROUP LLC shall file its Amended Affirmative Defenses and Amended Counterclaim on or before August 10, 2022

DONE and ORDERED in chambers, Ft. Lauderdale, Florida, this _____ day of July, 2022.

_____
UNITED STATES DISTRICT JUDGE