UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-60542-KMM/LFL

MY BUDDY DAVIS LLC,

      Plaintiff/Counter-Defendant,

vs.

STARBOARD YACHT GROUP, LLC

      Defendant/Counter-Plaintiff.

_____/

STARBOARD YACHT GROUP, LLC,

      Third-Party Plaintiff,

vs.

ONE 74' BUDDY DAVIS SPORTFISH
VESSEL, ITS ENGINES, TACKLE,
MACHINERY, COMPONENTS, TOOLS,
RIGGING, GEAR, BOATS,
APPURTENANCES, etc.

and

RODOLFO RODRIGUEZ-DURET,

      Third-Party Defendants.

_____/

## NOTICE OF ATTORNEY APPEARANCE

      Scott D. Ponce of Holland & Knight LLP gives notice of his appearance in this action as counsel for Third–Party Defendant Rodolfo Rodriguez-Duret and requests that copies of all pleadings, motions, orders, and other papers be served upon him.

Respectfully submitted,

HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
(305) 374-8500 (telephone)
(305) 789-7799 (facsimile)

By: /s/  Scott D. Ponce
       Scott D. Ponce (FBN 0169528)
       sponce@hklaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of August, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System, which will send notice via electronic mail to all counsel of record.

/s/ Scott D. Ponce

2

#177572990_v1