UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**IN ADMIRALTY**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company,

        Plaintiff,

                                                    CASE NO.: 0:22-cv-60542-KMM

vs.

STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

        Defendant.

_____/

**THIRD PARTY PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE OF THIRD-PARTY CLAIMS AGAINST VESSEL *IN REM* AND
RODOLFO ("RUDY") RODRIGUEZ-DURET, *IN PERSONAM,***

COMES NOW Third-Party Plaintiff, Starboard Yacht Group LLC by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) and 41(c)(1) of the Federal Rules of Civil Procedure and hereby files this Notice of Voluntary Dismissal without Prejudice as to the third party complaint *in rem* and *in personam* (DE 30) filed in this action. Voluntary dismissal without prejudice is proper as no warrant of arrest was issued or service, no service of the Third-Party Complaint has been made and the vessel in rem and the third-party defendant RODOLFO ("RUDY") RODRIGUEZ-DURET has not filed a responsive pleading.

1

Respectfully submitted this 9th day of September 2022

> s/Matthew J. Valcourt
> Matthew J. Valcourt
> Fla. Bar No. 0088791
> Valcourt and Associates LLC
> 850 NE Third St Suite 208
> Dania FL 33004
> Telephone: (305) 763-2891
> Facsimile: (305) 470-7484
> Email:mvalcourt@valcourtlaw.com
> Attorneys for Third Party Plaintiff
> Starboard Yacht Group LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2022 the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

> s/Matthew J. Valcourt
> Matthew J. Valcourt

2