

**William Blanck (Blanck & Cooper, P.A.)**

| | |
|---|---|
| **From:** | Brandon Bushway (HMB) <bbushway@hamiltonmillerlaw.com> |
| **Sent:** | Wednesday, October 19, 2022 10:15 AM |
| **To:** | William Blanck (Blanck & Cooper, P.A.) |
| **Cc:** | Julie Parmerlee (HMB); Kimberly Sadler (HMB); skibiloski@hamiltonmillerlaw.com; AIM (HMB); Robert Blanck (Blanck & Cooper, P.A.); Marlene King (Blanck & Cooper, P.A.) |
| **Subject:** | RE: o/f 8044 SYG's responses to RFP *61964 |

William,

10 a.m. on Friday is fine. I will call you then.

Thanks,

Brandon



**Brandon E. Bushway, Esq. | ASSOCIATE**

HAMILTON, MILLER & BIRTHISEL, LLP

bbushway@hamiltonmillerlaw.com

O +1(813) 223-1900 | F +1(813) 223-1933

100 South Ashley Drive, Suite 1210 | Tampa, Florida 33602

Biography | Website | LinkedIn

MIAMI | TAMPA | FORT LAUDERDALE | ORLANDO | NORFOLK | JACKSONVILLE | NEW YORK | JAMAICA | U.S.V.I. | BAHAMAS | PUERTO RICO

*** CONFIDENTIALITY NOTICE *** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.

**From:** William Blanck (Blanck & Cooper, P.A.) [mailto:wblanck@shiplawusa.com]
**Sent:** Wednesday, October 19, 2022 10:14 AM
**To:** Brandon Bushway <bbushway@hamiltonmillerlaw.com>
**Cc:** Julie Parmerlee <jparmerlee@hamiltonmillerlaw.com>; Kimberly Sadler <ksadler@hamiltonmillerlaw.com>; Sydney Kibiloski <skibiloski@hamiltonmillerlaw.com>; AIM <aim@hamiltonmillerlaw.com>; Robert Blanck (Blanck & Cooper, P.A.) <rblanck@shiplawusa.com>; Marlene King (Blanck & Cooper, P.A.) <marlene@shiplawusa.com>
**Subject:** RE: o/f 8044 SYG's responses to RFP *61964

Brandon,

Let's speak at 10 a.m. this Friday. Time is running out in this case. So, it's imperative that we resolve this issue. Next week isn't going to work.

Best regards,

William Blanck, Esq.
Blanck & Cooper, PA
5730 SW 74th Street
Suite 700
Miami, Florida 33143
Ph:305-663-0177
Fax: 305-663-0146
Cell: 305-401-4486
**Email: wblanck@shiplawusa.com**
**Website: WWW.SHIPLAWUSA.COM**

**From:** Brandon Bushway (HMB) <bbushway@hamiltonmillerlaw.com>
**Sent:** Wednesday, October 19, 2022 10:04 AM
**To:** William Blanck (Blanck & Cooper, P.A.) <wblanck@shiplawusa.com>
**Cc:** Julie Parmerlee (HMB) <jparmerlee@hamiltonmillerlaw.com>; Kimberly Sadler (HMB) <ksadler@hamiltonmillerlaw.com>; skibiloski@hamiltonmillerlaw.com; AIM (HMB) <aim@hamiltonmillerlaw.com>
**Subject:** RE: o/f 8044 SYG's responses to RFP *61964

William,

I need to reschedule today's call. Please let me know your availability on Friday. If that doesn't work, maybe we could meet during Mariner's Club next week?

Thanks,

Brandon



**Brandon E. Bushway, Esq.** | ASSOCIATE

HAMILTON, MILLER & BIRTHISEL, LLP
bbushway@hamiltonmillerlaw.com
O +1(813) 223-1900 | F +1(813) 223-1933
100 South Ashley Drive, Suite 1210 | Tampa, Florida 33602
Biography | Website | LinkedIn

MIAMI | TAMPA | FORT LAUDERDALE | ORLANDO | NORFOLK | JACKSONVILLE | NEW YORK | JAMAICA | U.S.V.I. | BAHAMAS | PUERTO RICO

*** CONFIDENTIALITY NOTICE *** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.

**From:** William Blanck (Blanck & Cooper, P.A.) [mailto:wblanck@shiplawusa.com]
**Sent:** Friday, October 14, 2022 2:25 PM
**To:** Brandon Bushway <bbushway@hamiltonmillerlaw.com>
**Cc:** Robert Blanck (Blanck & Cooper, P.A.) <rblanck@shiplawusa.com>; Matthew Valcourt <mvalcourt@valcourtlaw.com>; Marlene King (Blanck & Cooper, P.A.) <marlene@shiplawusa.com>; Jules Massee <jmassee@hamiltonmillerlaw.com>; Julie Parmerlee <jparmerlee@hamiltonmillerlaw.com>; Kimberly Sadler <ksadler@hamiltonmillerlaw.com>; Sydney Kibiloski <skibiloski@hamiltonmillerlaw.com>; AIM <aim@hamiltonmillerlaw.com>
**Subject:** RE: o/f 8044 SYG's responses to RFP *61964

305-663-0177

Best regards,

William Blanck, Esq.
Blanck & Cooper, PA
5730 SW 74th Street
Suite 700
Miami, Florida 33143
Ph:305-663-0177
Fax: 305-663-0146
Cell: 305-401-4486
**Email:  wblanck@shiplawusa.com**
**Website:  WWW.SHIPLAWUSA.COM**

**From:** Brandon Bushway (HMB) <bbushway@hamiltonmillerlaw.com>
**Sent:** Thursday, October 13, 2022 9:54 AM
**To:** William Blanck (Blanck & Cooper, P.A.) <wblanck@shiplawusa.com>
**Cc:** Robert Blanck (Blanck & Cooper, P.A.) <rblanck@shiplawusa.com>; Matthew Valcourt <mvalcourt@valcourtlaw.com>; Marlene King (Blanck & Cooper, P.A.) <marlene@shiplawusa.com>; Jules Massee (HMB) <jmassee@hamiltonmillerlaw.com>; Julie Parmerlee (HMB) <jparmerlee@hamiltonmillerlaw.com>; Kimberly Sadler (HMB) <ksadler@hamiltonmillerlaw.com>; skibiloski@hamiltonmillerlaw.com; AIM (HMB) <aim@hamiltonmillerlaw.com>
**Subject:** RE: o/f 8044 SYG's responses to RFP *61964

William,

I'll call you then. Just let me know the best number.

Thanks,

Brandon



**Brandon E. Bushway, Esq.** | ASSOCIATE

HAMILTON, MILLER & BIRTHISEL, LLP
bbushway@hamiltonmillerlaw.com
O +1(813) 223-1900 | F +1(813) 223-1933
100 South Ashley Drive, Suite 1210 | Tampa, Florida 33602
Biography | Website | LinkedIn

MIAMI | TAMPA | FORT LAUDERDALE | ORLANDO | NORFOLK | JACKSONVILLE | NEW YORK | JAMAICA | U.S.V.I. |
BAHAMAS | PUERTO RICO

*** CONFIDENTIALITY NOTICE *** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.

**From:** William Blanck (Blanck & Cooper, P.A.) [mailto:wblanck@shiplawusa.com]
**Sent:** Thursday, October 13, 2022 9:53 AM
**To:** Brandon Bushway <bbushway@hamiltonmillerlaw.com>
**Cc:** Robert Blanck (Blanck & Cooper, P.A.) <rblanck@shiplawusa.com>; Matthew Valcourt <mvalcourt@valcourtlaw.com>; Marlene King (Blanck & Cooper, P.A.) <marlene@shiplawusa.com>; Jules Massee <jmassee@hamiltonmillerlaw.com>; Julie Parmerlee <jparmerlee@hamiltonmillerlaw.com>; Kimberly Sadler <ksadler@hamiltonmillerlaw.com>; Sydney Kibiloski <skibiloski@hamiltonmillerlaw.com>; AIM <aim@hamiltonmillerlaw.com>
**Subject:** Re: o/f 8044 SYG's responses to RFP *61964

1:30pm Wednesday works for me.

Best regards,

William Blanck, Esq.
Blanck & Cooper, PA
5730 SW 74th Street
Suite 700
Miami, Florida 33143
Ph:305-663-0177
Fax: 305-663-0146
Cell: 305-401-4486
**Email:  wblanck@shiplawusa.com**
**Website:  WWW.SHIPLAWUSA.COM**
Sent from my mobile device

**From:** Brandon Bushway (HMB) <bbushway@hamiltonmillerlaw.com>
**Sent:** Thursday, October 13, 2022 9:48 AM
**To:** William Blanck (Blanck & Cooper, P.A.) <wblanck@shiplawusa.com>
**Cc:** Robert Blanck (Blanck & Cooper, P.A.) <rblanck@shiplawusa.com>; Matthew Valcourt <mvalcourt@valcourtlaw.com>; Marlene King (Blanck & Cooper, P.A.) <marlene@shiplawusa.com>; Jules Massee (HMB) <jmassee@hamiltonmillerlaw.com>; Julie Parmerlee (HMB) <jparmerlee@hamiltonmillerlaw.com>; Kimberly Sadler (HMB) <ksadler@hamiltonmillerlaw.com>; skibiloski@hamiltonmillerlaw.com <skibiloski@hamiltonmillerlaw.com>; AIM (HMB) <aim@hamiltonmillerlaw.com>
**Subject:** RE: o/f 8044 SYG's responses to RFP *61964

William,

I am in depositions this week but I will review SYG's responses and can discuss next week. What is your availability next Wednesday (10/19) or Friday (10/21)?

Thanks,

Brandon



**Brandon E. Bushway, Esq.** | ASSOCIATE
HAMILTON, MILLER & BIRTHISEL, LLP
bbushway@hamiltonmillerlaw.com
O +1(813) 223-1900 | F +1(813) 223-1933
100 South Ashley Drive, Suite 1210 | Tampa, Florida 33602
Biography **|** Website **|** LinkedIn

MIAMI | TAMPA | FORT LAUDERDALE | ORLANDO | NORFOLK | JACKSONVILLE | NEW YORK | JAMAICA | U.S.V.I. |
BAHAMAS | PUERTO RICO

*** CONFIDENTIALITY NOTICE *** This communication, along with any documents, files or attachments, is intended only for the use of the addressee and may contain privileged and confidential information. The intended recipient shall not further distribute the information transmitted in this Email unless authorized by law or the subject of the information transmitted. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of any information contained in or attached to this communication is strictly prohibited. If you have received this message in error, please notify the sender immediately and destroy the original communication and its attachments without reading, printing or saving in any manner.

**From:** William Blanck (Blanck & Cooper, P.A.) [mailto:wblanck@shiplawusa.com]
**Sent:** Wednesday, October 12, 2022 3:05 PM
**To:** Brandon Bushway <bbushway@hamiltonmillerlaw.com>
**Cc:** Robert Blanck (Blanck & Cooper, P.A.) <rblanck@shiplawusa.com>; Matthew Valcourt <mvalcourt@valcourtlaw.com>; Marlene King (Blanck & Cooper, P.A.) <marlene@shiplawusa.com>; Jules Massee <jmassee@hamiltonmillerlaw.com>; Julie Parmerlee <jparmerlee@hamiltonmillerlaw.com>; Kimberly Sadler <ksadler@hamiltonmillerlaw.com>; Sydney Kibiloski <skibiloski@hamiltonmillerlaw.com>
**Subject:** o/f 8044 SYG's responses to RFP

Brandon,

Pursuant to S.D. Fla. L.R. 7.1(a)(3), I wanted to confer based on SYG's responses to Requests Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 12, 16, and 17. Regarding responses, Nos. 1, 2, 3, 4, 5, 6, 7, 9, 10, 16, and 17 are mere formulaic boilerplate objections without sufficient specificity on the grounds for them. Blanket, unsupported objections that a discovery request is "vague, overly broad, or unduly burdensome" are, by themselves, meaningless, and disregarded by the Court. Federal Rule of Civil Procedure 34(b)(2)(C) specifically requires an objection to state whether any responsive materials are being withheld. *See* Civil Discovery Standards, 2004 A.B.A. Sec. Lit. 18; *see also* S.D. Fla. L.R. 26.1(e)(2)(A). Furthermore, "a formulaic objection followed by an answer to a request is not permitted." *Mazpule v. Xenios Corp.*, 20-24393-CIV, 2021 WL 2515685, at *2 (S.D. Fla. June 19, 2021).

Secondly, generalized objections asserting attorney-client privilege or work product doctrine do not comply with the Local Rules. It's either there is a claim for attorney-client privilege or work product doctrine or there isn't. There isn't a may or maybe. Notwithstanding the lack of a privilege log. Furthermore, we disagree with the characterization of the "fishing expedition" for Request Nos. 1, 2, 3, 4, 5, 6, and 17. Each of these requests is relevant and within the scope of proving the MBD's claims.

Lastly, with respect to response No. 12, I don't see a bate number 000779. The last number in the supplemental disclosure is 000778.

If you dispute whether it is necessary to amend these responses, I just wanted to note that the law cited herein is from either Magistrate Judge Lauren Louis's Discovery Practices and Procedures or one of her cases. We should schedule a conference call if you want to discuss this further.

Best regards,

William Blanck, Esq.
Blanck & Cooper, PA
5730 SW 74th Street

Suite 700
Miami, Florida 33143
Ph:305-663-0177
Fax: 305-663-0146
Cell: 305-401-4486
**Email:  wblanck@shiplawusa.com**
**Website:  WWW.SHIPLAWUSA.COM**