UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**IN ADMIRALTY**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company,

      Plaintiff,

vs.                                                                      CASE NO.: 0:22-cv-60542-KMM

STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

      Defendant.

_____

**JOINT MOTION FOR EXTENSION OF
DISCOVERY AND MEDIATION DEADLINES**

The Parties, MY BUDDY DAVIS LLC ("MBD") and STARBOARD YACHT GROUP, LLC ("SYG"), by and through their undersigned counsel, hereby file this Joint Motion for Extension of Discovery and Mediation Deadlines, and state:

1. On May 27, 2022 the Court entered a Paperless Order Scheduling Trial commencing the two-week trial period of March 13, 2023 (the "Scheduling Order"). (DE 18).

2. The discovery deadline is currently set for December 2, 2022 and the mediation deadline is December 23, 2022. (DE 18).

3. The Parties are working diligently to schedule and conduct depositions, which will likely amount to the full 10-deposition per side limit. Due to the number of depositions and the availability of witnesses and the law firms involved in this case, the Parties require additional time to conduct discovery. Relatedly, Plaintiff's Corporate Representative was scheduled to be deposed today; however, he was hospitalized.

4.      With respect to mediation, due to the selected mediator's availability, mediation could be not set prior to the December 23, 2022 deadline; however, the Parties have scheduled mediation for the soonest available date, January 5, 2023.

5.      Accordingly, the Parties respectfully request the Court enter an Order extending the discovery deadline to February 17, 2023. The Parties also respectfully request a brief extension of the mediation deadline from December 23, 2022 to January 5, 2023.

6.      The Parties make this request for good cause and not for delay, and these mutual extensions would not prejudice any party or affect the trial dates. This is also the Parties first request for an extension of any deadlines.

## MEMORANDUM OF LAW

7.      Federal Rule of Civil Procedure 16 permits modification of a scheduling order "for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4).

8.      "Good cause" for purposes of modifying a scheduling order means that scheduling deadlines cannot be met despite a party's diligent efforts. *Potomac Elec. Power Co. v. Elec. Motor Supply, Inc.*, 190 F.R.D. 372, 375 (D. Md. 1999).

9.      If "the court determines that refusal to allow a modification might result in injustice while allowance would cause no substantial injury to the opponent and no more than slight inconvenience to the court, a modification should ordinarily be allowed." *United States v. First Nat'l Bank*, 652 F.2d 882, 887 (9th Cir. 1981).

10.      This request is being made for good cause and not for delay. An extension is appropriate under the present facts and is necessary to allow the Parties' to conduct discovery and to continue working diligently to set depositions.

11. No party would be prejudiced by an extension of these pretrial deadlines, and the extensions would not affect the trial date.

12. Accordingly, good cause exists to modify the Scheduling Order by extending the discovery deadline to February 17, 2023 and the mediation deadline to January 5, 2023.

WHEREFORE, MY BUDDY DAVIS LLC and STARBOARD YACHT GROUP, LLC respectfully request the Court enter an Order extending the discovery deadline to February 17, 2023 and the mediation deadline to January 5, 2023.

### Local Rule 7.1(a)(3) Certification

All Parties agree to the relief sought herein.

Respectfully submitted,

/s/ *Brandon Bushway*
**JULES V. MASSEE**
Florida Bar Number: 41554
jmassee@hamiltonmillerlaw.com
**BRANDON BUSHWAY**
Florida Bar Number: 1015247
bbushway@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
**E-SERVICE**: JVMserve@hamiltonmillerlaw.com
P: 813-223-1900 / F: 813-223-1933
*Counsel for Defendant Starboard Yacht Group, LLC*
.
**MATTHEW J. VALCOURT**
Florida Bar Number: 0088791
Email: mvalcourt@valcourtlaw.com
VALCOURT AND ASSOCIATES LLC
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Counsel for Defendant Starboard Yacht Group, LLC*

/s/ *Robert W. Blanck*
**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 9, 2022,** the foregoing document is being served on all counsel of record or *pro se* parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Brandon Bushway*
Attorney

## SERVICE LIST
## CASE NO.: 0:22-cv-60542-KMM

**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*

**SCOTT D. PONCE**
Florida Bar No. 0169528
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
P: (305) 374-8500 / F: (305) 789-7799
sponce@hklaw.com
*Counsel for Rodolfo Rodriguez-Duret*