

**Ex. 1**

## Jake Stratmann

| | |
|---|---|
| **From:** | Chase Russell <Crussell@seakeeper.com> |
| **Sent:** | Friday, April 2, 2021 5:19 PM |
| **To:** | Jake Stratmann |
| **Subject:** | Follow up from meeting yesterday |

Jake,

Thank you for having taking the time to address some concerns yesterday. Just to recap our discussion, Seakeeper has a firm stance in regards to undermining opportunities that are presented by Seakeeper. I understand that you want to work past this, as do I. I believe the best route moving forward would be a more transparent line of communication, along with exhausting all of our efforts prior to bringing your other product lines to the table.

Moving forward, please keep me in touch as to what feedback you are receiving from the customer and I will do my best to accommodate to see the sale through. However without this information being presented to me, there is only so much I can do to assist.

The Engineering Team, and I are at your disposal to provide the appropriate sizing information needed to provide alternate/cost effective solutions should the need arise. Yet you are the first line of Seakeeper representation to the respective customer, and will need to take the initiative as a Seakeeper Dealer, to acquire all of the respective sizing information needed to help provide a solution within the customer's needs. If it is a vessel that we already have on file, I will certainly provide that to you at your request as I have in the past.

As touched on in our meeting, this instance has drawn a lot of attention to Starboard Yacht Group and is a conversation that we would not like to address again. I would highly recommend being very thorough regarding possible Humphree installations from a lead that was provided from Seakeeper direct (ly). As competing against another stabilization product line provided by the same respective certified Seakeeper Dealer, is a situation that we would strongly elect to refrain from and a violation of the Seakeeper Dealer Agreement.

Some solutions we can implement to learn and grow from this instance, would be (again) maintaining open communication and exhausting all of our options Seakeeper related prior to defaulted to other stabilization products. In addition to keeping me aware of adverse feedback you have received from the customer, and how we can navigate around the hurdles to provide a solution. Lastly, if you and SYG Team need any refresher on how to properly submit sizing requests I can certainly walk you through that process when needed/available.

We appreciate everything that Starboard Yacht Group brings to the table as a valued dealer, and look forward to working past this.

Should you have any questions please let me know, have a great weekend.

Regards,

_____

Chase Russell
Refit Sales Representative

**SEAKEEPER, INC.**
5381 NW 33 Ave – Suite 105
Ft. Lauderdale, Fl 33309 USA

Direct: +1.410.326.1590 x649
Mobile: +1.954.789.1308
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

1

Starboard Yacht Group 000163
Initial Disclosures

 Please consider the environment before printing this email.

2

Starboard Yacht Group 000164
Initial Disclosures

## Jake Stratmann

| | |
|---|---|
| **From:** | Chase Russell <Crussell@seakeeper.com> |
| **Sent:** | Wednesday, March 31, 2021 5:59 PM |
| **To:** | Jake Stratmann |
| **Subject:** | Discussion Tomorrow |
| **Attachments:** | FW: New Lead Received; IMG_0586.PNG; IMG_0587.PNG |

Jake,

I have received some information that I find rather concerning, and would like to converse with you about. As of this afternoon I have received some information from a current lead that I provided to you for a potential Seakeeper refit aboard a 74' Buddy Davis that I have come to realize that you have also provided a quote for regarding Humphree's Zero Speed Stabilization for. In addition, to the recent M8000 trade-in opportunity for "Songs of Acadia" which now are stabilized with Humphrees.

The main reason I find this information concerning, is that this is a lead that was sent to you from Seakeeper directly (74' Buddy Davis) entailing the presumption of pitching the Seakeeper product and not our competition. Believing me to question where your priorities are with Seakeeper regarding your company's product range/portfolio. In addition, considering that two Seakeeper Dealers (one being SYG) were bidding on the "Songs of Acadia" trade-in opportunity, and ultimately wound up going with the Humphrees Stabilization, thus taking away from another Seakeeper opportunity.

I understand that you represent yourself as a stabilization company, yet you initially were brought onboard under the impression of being a Seakeeper Dealer first and foremost. Another relating topic that was touched on at the boat show was the lending hand that you have provided to Seakeeper's primary competitor, Quick. After the conversation, I have taken away that you did not physically help them install the unit yet, being tied to a Quick installation in any shape or form will result in a violation of the Seakeeper Dealer Agreement.

We at Seakeeper do not want to tell you how to run your business, or what vendors to partner with but would ask that you be very mindful as to how you proceed with stabilizing related opportunities, especially the ones that Seakeeper sends to you. As this is a fair warning from the information that has been presented to us.

Lastly, I have noticed that the  graphics wrap for your company demo-boat also has Humphrees listed on the side. If this is the case, Seakeeper will be forced not provide the reimbursement for the wrap for your company demo boat, as we provide for other Seakeeper Dealer's. Any advertisements or marketing that contains our competitors along with Seakeeper, will also not be eligible for reimbursement.

Furthermore, the following listed above can be concluded as a direct violation of our dealer agreement of which you signed and could be grounds for termination. Please see the below sections from the Dealer Agreement that convey these violations:

- o **"19. The DEALER shall devote its best efforts to promote and sell the Products and enhance the good will and reputation of Seakeeper, Inc."**

- o **"72.4 If DEALER conducts itself or its business so as to adversely affect the good name, reputation or goodwill of SEAKEEPER, INC., or the Product"**

I look forward to discussing this information with you tomorrow, I have a call scheduled with you tomorrow at 11AM. Please let me know if this timeframe does not work for you.

Regards,

1

Starboard Yacht Group 000165
Initial Disclosures

Chase Russell
Refit Sales Representative

**SEAKEEPER, INC.**
5381 NW 33 Ave – Suite 105
Ft. Lauderdale, Fl 33309 USA

Direct: +1.410.326.1590 x649
Mobile: +1.954.789.1308
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

 Please consider the environment before printing this email.

2

Starboard Yacht Group 000166
Initial Disclosures

## Jake Stratmann

| | |
|---|---|
| **From:** | Chase Russell <Crussell@seakeeper.com> |
| **Sent:** | Monday, March 8, 2021 12:32 PM |
| **To:** | Jake Stratmann |
| **Subject:** | FW: New Lead Received |

Jake,

Please see below regarding the Buddy Davis 74' I was mentioning about down in Miami. Rudy will be expecting your call.

Thank you!

Regards,

_____

Chase Russell
Refit Sales Representative

**SEAKEEPER, INC.**
5381 NW 33 Ave – Suite 105
Ft. Lauderdale, Fl 33309 USA

Direct: +1.410.326.1590 x649
Mobile: +1.954.789.1308
www.seakeeper.com

This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

 Please consider the environment before printing this email.

**From:** Chase Russell <Crussell@seakeeper.com>
**Sent:** Sunday, March 7, 2021 5:47 PM
**To:** Jennifer Conners <jconners@seakeeper.com>; Sales <Sales@seakeeper.com>
**Subject:** Re: New Lead Received

Team,

I'll reach out to Rudy, thanks!

Regards,

_____

Chase Russell
Refit Sales Representative
SEAKEEPER, INC.
5381 NW 33 Ave – Suite 105
Ft. Lauderdale, Fl 33309 USA
Direct: +1.410.326.1590 x649
Mobile: +1.954.789.1308
www.seakeeper.com
This electronic message transmission contains information from Seakeeper, Inc., which may be confidential or privileged. If you are not the intended recipient of this message, be aware that any disclosure, copying, distribution or

1

Starboard Yacht Group 000167
Initial Disclosures

use of the contents of this information is prohibited. If you have received this transmission in error, please notify the sender at the phone number listed above immediately.

Please consider the environment before printing this email.

**From:** 35 (jconners@seakeeper.com) <system@sent-via.netsuite.com>
**Sent:** Sunday, March 7, 2021 4:12:50 PM
**To:** Sales <Sales@seakeeper.com>
**Subject:** New Lead Received

**CAUTION:** External email

Inquiry Type :
First Name: Rudy
Last Name: Rodriguez-Duret
Email: Rudy@rodriguez-duret.com
Phone: 305.951.4920
Boat Year: 1997
Boat Brand: Buddy
Boat Model: 74
Vessel Location: Gables
Comments: I head yiu can get 50% off in trade in, I have fins and would like to compare quick and seakeeper
Customer Number: 24827
Marketing Contact Category: Refit Customer
Lead Source: Website Inquiry
Demo Location:
Event Acquired:

**View Record**

2

Starboard Yacht Group 000168
Initial Disclosures

 **Starboard Yacht Group LLC** is at  •••
**Bradford Marine**.

Mar 10 · Fort Lauderdale, FL · 🌎

This incredible 84' Custom motor yacht "Song of Acadia" was built by the prestigious Lyman-Morse yacht builder.

We were honored to do the installation of Humphree's fins and interceptors. On these pictures I'll show you the all-speed stabilizing fins installation.

The Humphree All Speed Fin Stabilizers  brings game changing stabilization at anchor and during cruising.

With the ability to rotate 360° at anchor, anchor walking is no longer a problem! Combining the Humphree fin system with the Humphree interceptors to have a full stabilization system for roll, pitch and yaw motions. For best control and lowest fuel burn.

.

Starboard Yacht Group 000169
Initial Disclosures



#humphree #interceptors #fins #finstabilizers #stabilization #stabilizer #noroll #nopitch #noyaw #allspeedstabilization #boat #boatlife #boating #yacht #yachtlife #yachting #ftlauderdale #florida #dania #daniabeach #lmc #bradford #miami #installation #service

Starboard Yacht Group 000170
Initial Disclosures