UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2022-cv-60542-KMM/LFL

MY BUDDY DAVIS LLC.,

      Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

      Defendant.

_____/

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO CONCLUDE EXPERT DEPOSITIONS

COMES NOW, the Plaintiff MY BUDDY DAVIS LLC. by and through its undersigned attorneys and files this its Unopposed Motion for Extension of Time for the Parties to Conclude Expert Depositions in light of a medical emergency, and for its reasons further states as follows:

On December 1, 2021, the Parties had scheduled the deposition of their respective expert witnesses in light of the December 2, 2021, discovery cut off. This morning the undersigned received the attached email from Rimkus Consulting Group Inc., that the Plaintiffs expert witness Mr. Drew Hains had a health issue and was not available for his scheduled deposition. *See* Exhibit 1. We contacted the Rimkus office and upon further inquiry we learned that Mr. Hains had suffered a heart attack over the weekend and is hospitalized pending stent surgery. We were further advised that it was believed that Mr. Hains will convalesce and recuperate during the month of December and thereafter be available to return to work in order to allow his deposition to go forward as soon as can be arranged in January of 2023.

The undersigned has consulted with counsel for the Defendant who given these developments has agreed to allow this motion to be filed Unopposed with the Parties agreement

and understanding that defense counsel expert witness deposition will not go forward on the 1st, so as to not prejudice the Defendant. Both depositions will thereafter take place in January of 2023, subject to this Courts approval.

Obviously, these are exigent circumstances and could not have been avoided by the Parties. This request for an extension of expert discovery is a result of unforeseen circumstances and not as a result of the Parties lack of due diligence in securing experts and scheduling them for depositions. The request to allow these two depositions to go forward in January of 2023, shall not change any date previously set by this Court in this matter. As previously noted, the undersigned has communicated with counsel for the Defendant as required under Local Rules and hereby certifies that counsel for the Defendant has agreed that this motion can be filed unopposed.

WHEREFORE, for the above reasons the Plaintiff MY BUDDY DAVIS LLC. files this its Unopposed Motion for Extension of Time to complete the depositions of experts Drew Hains and Louis Guirand no later than January 31, 2023.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _28th__day of _November__, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com E-Service: JVMserve@hamiltonmillerlaw.com and **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Starboard*, **Scott D. Ponce, Esq.** sponce@hklaw.com **Holland & Knight LLP,** 701 Brickell Avenue, Suite 3300, Miami, Florida 33131, *Counsel for Rodolfo Rodriguez-Duret,* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

2

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143
Phone:  (305) 663-0177

BY:   _____

Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
William B. Blanck, Esq.
Florida Bar Number: 1013889
Email: wblanck@shiplawusa.com
Attorneys for: MY BUDDY DAVIS LLC.

8044/UnOpposedMtnConcludeExptDepos