*Exhibit*

## Robert Blanck (Blanck & Cooper, P.A.)

| | |
|---|---|
| **From:** | Harrison, Melissa <mlharrison@rimkus.com> |
| **Sent:** | Monday, November 28, 2022 10:20 AM |
| **To:** | William Blanck (Blanck & Cooper, P.A.); Robert Blanck (Blanck & Cooper, P.A.); Marlene King (Blanck & Cooper, P.A.) |
| **Cc:** | Hains, Drew |
| **Subject:** | My Buddy Davis - Deposition of Drew Hains - 12/1 @1:30 |
| **Importance:** | High |

Mr. Blanck,

I am writing to advise that Drew Hains is out of the office at this time due to a health issue.  He will not be available for his deposition on 12/1.  Please advise all parties of same. We apologize for this inconvenience.

Should you have any questions, please feel free to contact me.

Thank you



**Melissa L. Harrison**
District Manager

Rimkus Consulting Group, Inc.
277 Douglas Avenue, Suite 1008
Altamonte Springs, FL 32714

Phone: 407-661-1245
Mobile: 407-701-2204
Fax: 407-660-2277
Email: mlharrison@rimkus.com
www.rimkus.com