UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-60542-KMM/LFL

MY BUDDY DAVIS LLC.,

    Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

    Defendant.

_____

## <u>NOTICE OF NINETY DAYS EXPIRING</u>

Plaintiff, MY BUDDY DAVIS LLC. ("MBD"), by and through undersigned counsel and pursuant to Southern District of Florida Local Rule 7.1(b)(4), states that the following Motion, which has been pending and fully briefed with no hearing set thereon for a period of more than ninety (90) days, as follows:

1. Plaintiff's Motion to Strike STARBOARD YACHT GROUP LLC.'s ("SYG") Affirmative Defenses [ECF 40] was served and filed on August 11, 2022;

    a. Defendant SYG's Response in Opposition to Motion to Strike [ECF 42] was served and filed on August 25, 2022; and

    b. Plaintiff's Reply to SYG's Response to Plaintiff's Motion to Strike [ECF 44] was served and filed on August 30, 2022.

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___29th___ day of __November__, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 and **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com E-Service: JVMserve@hamiltonmillerlaw.com **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Starboard*, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177

BY: _____

Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
William B. Blanck, Esq.
Florida Bar Number: 1013889
Email: wblanck@shiplawusa.com
Attorneys for: MY BUDDY DAVIS LLC.

8044/Not90DayExp