UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**IN ADMIRALTY**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company,

     Plaintiff,

vs.                                                                                    CASE NO.: 0:22-cv-60542-KMM

STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

     Defendant.

_____

## <u>DEFENDANT'S NOTICE OF SERVING PRIVILEGE LOG</u>

Defendant STARBOARD YACHT GROUP, LLC, by and through the undersigned

counsel, hereby notifies the Court it served the attached privilege log on Plaintiff's counsel on

November 30, 2022.

                                  Respectfully submitted,

                                  */s/ Brandon Bushway*
                                  **JULES V. MASSEE**
                                  Florida Bar Number: 41554
                                  jmassee@hamiltonmillerlaw.com
                                  **BRANDON BUSHWAY**
                                  Florida Bar Number: 1015247
                                  bbushway@hamiltonmillerlaw.com
                                  Hamilton, Miller & Birthisel, LLP
                                  100 S. Ashley Drive, Suite 1210
                                  Tampa, Florida 33602
                                  **E-SERVICE**: JVMserve@hamiltonmillerlaw.com
                                  P: 813-223-1900 / F: 813-223-1933
                                  *Counsel for Defendant Starboard Yacht Group,*
                                  *LLC.*

                                  **MATTHEW J. VALCOURT**
                                  Florida Bar Number: 0088791

Email:  mvalcourt@valcourtlaw.com
VALCOURT AND ASSOCIATES LLC
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Counsel for Defendant Starboard Yacht Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **December 2, 2022,** the foregoing document is being filed with this Court and served on all counsel of record or *pro se* parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Brandon Bushway
Attorney

## SERVICE LIST
## CASE NO.: 0:22-cv-60542-KMM

**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*

**SCOTT D. PONCE**
Florida Bar No. 0169528
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
P: (305) 374-8500 / F: (305) 789-7799
sponce@hklaw.com
*Counsel for Rodolfo Rodriguez-Duret*