UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**IN ADMIRALTY**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company,

      Plaintiff,

vs.                                   CASE NO.: 0:22-cv-60542-KMM

STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

      Defendant.

_____/

**DEFENDANT'S PRIVILEGE LOG**

Defendant STARBOARD YACHT GROUP, LLC, by and through its undersigned counsel and pursuant to Rule 26(b)(5) of the Federal Rules of Civil Procedure, hereby identifies the following as privileged documents withheld from discovery[1]:

| | DATE | DESCRIPTION | PRIVILEGE CLAIMED | BATES NUMBER |
|---|---|---|---|---|
| 1. | January 31, 2020 | HUMPHREE® USA Inc. Authorized Dealer Agreement | Confidentiality/Trade Secret Privilege | 000929-000933 |
| 2. | Undated | OPTIMUS 360 Authorized Dealer Agreement | Confidentiality/Trade Secret Privilege | 000934-000935 |
| 3. | April 12, 2019 | SEAKEEPER Certified Non-Exclusive Agreement | Confidentiality/Trade Secret Privilege | 000936-000956 |
| 4. | August 17, 2021 | HUMPHREE® USA Inc. Invoice relating to SYG's Purchase of HUMPHREE® USA Inc. stabilizers for MY BUDDY DAVIS, LLC | Confidentiality/Trade Secret Privilege | 000957 |

---

[1] Defendant provides this privilege log out of an abundance of caution and without waiving any arguments set forth in its Response in Opposition to Plaintiff's Motion to Compel Better Discovery Responses [DE 52] or otherwise.

| 5. | June 23, 2021 | OPTIMUS 360 Invoice relating to SYG's Purchase of an Optimus Steering System for MY BUDDY DAVIS, LLC | Confidentiality/Trade Secret Privilege | 000958-000959 |
| --- | --- | --- | --- | --- |
| 6. | August 5, 2021 | OPTIMUS 360 Invoice relating to SYG's Purchase of an Optimus Steering System for MY BUDDY DAVIS, LLC | Confidentiality/Trade Secret Privilege | 000960 |
| 7. | June 30, 2021 | SEAKEEPER Invoice relating to SYG's Purchase of a SEAKEEPER 18 for MY BUDDY DAVIS, LLC. | Confidentiality/Trade Secret Privilege | 000961-000962 |

Respectfully submitted,

*/s/ Brandon Bushway*
**JULES V. MASSEE**
Florida Bar Number: 41554
jmassee@hamiltonmillerlaw.com
**BRANDON BUSHWAY**
Florida Bar Number: 1015247
bbushway@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
**E-SERVICE**: JVMserve@hamiltonmillerlaw.com
P: 813-223-1900 / F: 813-223-1933
*Counsel for Defendant Starboard Yacht Group, LLC.*

**MATTHEW J. VALCOURT**
Florida Bar Number: 0088791
Email:  mvalcourt@valcourtlaw.com
VALCOURT AND ASSOCIATES LLC
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Counsel for Defendant Starboard Yacht Group, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **November 30, 2022,** the foregoing document is being served on all counsel of record or *pro se* parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Brandon Bushway*
Attorney

## SERVICE LIST
## CASE NO.: 0:22-cv-60542-KMM

**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*

**SCOTT D. PONCE**
Florida Bar No. 0169528
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
P: (305) 374-8500 / F: (305) 789-7799
sponce@hklaw.com
*Counsel for Rodolfo Rodriguez-Duret*