UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 2022-cv-60542-KMM/LFL

MY BUDDY DAVIS LLC.,

     Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

     Defendant.

_____/

## MOTION TO EXCLUDE REBUTTAL OPINIONS OF DEFENDANT'S EXPERT JASON DUNBAR

COMES NOW, the Plaintiff MY BUDDY DAVIS LLC. by and through its undersigned attorneys and files this Motion to Exclude Rebuttal Opinions of Jason Dunbar and for its reasons further states as follows:

## MEMORANDUM OF LAW

### I.    Legal Standard

The burden of laying proper foundation for the admission of the expert testimony is on the party offering the expert, and admissibility must be shown by preponderance of the evidence. "*Allison v McGhan Med. Corp*., 184 F.3d 1300, 1306 (11th Cir. 1999). "Courts are empowered to exercise their discretion and judgment in determining if a rebuttal expert report addresses the same subject matter as the opposing party's initial expert report." *Lebron v. Royal Caribbean Cruises Ltd.,* 2018 WL 3583002, at 2 (S.D. Fla. July 26, 2018) (quoting *ITT Corp. v. Xylem Grp., LLC*., 2012 WL 12871632, at 3 (N.D. Ga. Oct. 15, 2012). While the term "same subject matter" has been broadly construed it should not be used to advance new arguments or present new evidence. *Lebron,* 2018 WL 3583002, at 2 (citing *Blake v. Securitas Sec. Servs. Inc*., 292 F.R.D. 15, 17

1

(D.D.C. 2013). "Rebuttal testimony is permitted only when it directly addresses an assertion raised by an opponents' experts." *In re Trasylol Prods. Liab. Litig.* 2010 WL 4065436, at 2 (S.D. Fla. Aug. 6, 2010) (citing *Bennedict v. U.S.*, 822 F.2d 1426, 1430 (6th Cir. 1987). An expert may be used for rebuttal if the expert offers evidence that is "intended solely to contradict or rebut evidence on the *same subject matter* identified by" the affirmative expert of another party. *Burger King Corp. v. Berry*, 2019 WL 571483, at 2 (S.D. Fla. Jan. 8, 2019) (quoting Fed. R. Civ. P. 26(a)(2)(D)(ii) (emphasis added).  A proposed rebuttal expert satisfied this standard as long as the information provided by the rebuttal expert repels the affirmative expert testimony of the other party. *Papasan v. Dometic Corp.*, 2019 WL 7376716, at 3 (S.D. Fla. Apr. 10, 2019).

## II.      Argument

It is axiomatic that expert Rebuttal opinions are just that, they are limited to the opinions expressed in opposition to the opponent's expert witness opinion and they should never be used to insert entirely new expert opinions into the proceedings. Testimony of a rebuttal witness is permitted under Rule 26 only if it "is intended solely to contradict or rebut evidence on the same subject matter identified by [an opposing expert]." Fed. R. Civ. P. 26(a)(2)(D)(ii)). One of Defendant's Rebuttal experts, Jason Dunbar, professes to be an expert in yacht appraisal and vessel valuation surveys. As such, he prepared opinions on that subject as contained in his vessel valuation survey of the M/Y BUDDY DAVIS and issued a report consistent with his findings. *See* Exhibit 1.

Attached hereto as Exhibit 2 are the opinions of Plaintiff's expert witness, naval architect Drew Hains. He expressed eight opinions identified in Exhibit 2, none of which has anything to do with an appraisal or valuation of the Vessel M/Y BUDDY DAVIS. "The test under Rule 26(a)(2)(D)(ii) is not whether a rebuttal report contains new information, but whether it is

2

'intended solely to contradict or rebut evidence on the same subject matter' of an opponent's expert report." *Teledyne Instruments. Inc. v. Cairns*, No. 6:12-cv-854-Orl-28TBS, 2013 WL 5781274, at *17 (M.D. Fla. Oct. 25, 2013). Accordingly, it is clear that the opinions expressed by Jason Dunbar are in no way, shape or form rebuttal to Plaintiff's expert witness and his opinions, therefore, must be stricken. Of particular note is the fact that Mr. Dunbar's report doesn't even make mention of Mr. Hain's opinion as the basis for his.

Otherwise, Plaintiff will be severely prejudiced by allowing a rebuttal expert to interject entirely new issues into these proceedings without fair notice in advance to Plaintiff. If the value of the Vessel was an issue in this litigation, then at the very least, this issue should have been addressed by Defendant at the time of their original expert disclosures. However, it was not. Accordingly, it would be unfair and prejudicial, given the sequencing of the filing of the purported rebuttal opinions of Jason Dunbar, to allow them to be used by Defendant against Plaintiff.

WHEREFORE, for the above reasons, Plaintiff MY BUDDY DAVIS LLC. files this its Motion to Exclude Rebuttal Opinions of Defendants Expert Jason Dunbar and requests that this Honorable Court exclude his opinions and provide such other and further relief as this Court may deem just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __23rd___day of __December__, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com E-Service: JVMserve@hamiltonmillerlaw.com and **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Starboard*, **Scott D. Ponce, Esq.** **sponce@hklaw.com Holland & Knight LLP,** 701 Brickell Avenue, Suite 3300, Miami, Florida 33131, *Counsel for Rodolfo Rodriguez-Duret,* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

<div style="margin-left: 40%;">

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida  33143
Phone:  (305) 663-0177

BY: _____
Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
William B. Blanck, Esq.
Florida Bar Number: 1013889
Email: wblanck@shiplawusa.com
Attorneys for Plaintiff My Buddy Davis

</div>

8044/MtnStrikeRebuttalExptJasonDunbar