## SECTION II
## Conclusions

1. The Seakeeper Model 18 sold to MBD for installation does not fit in the location selected by SYG with the minimum recommended 1.00-inch structural clearance as shown on Seakeeper drawing 90544, Rev 3 and as shown in the Seakeeper installation manual (90549-2). Similarly, the Seakeeper Model 18 does not fit in the location selected by SYG with the minimum recommended 4.00-inch tool clearance as shown on Seakeeper drawing 90544, Rev 3 and as shown in the Seakeeper installation manual (90549-2).

2. SYG did not complete the installation of Seakeeper Model 18 in the estimated project duration of 3 weeks as indicated on their written estimate dated March 26, 2021.

3. The design of the foundation for the Seakeeper Model 18 as shown on the SYG drawings (Bates # 000606 to 00617) was not in accordance with the provided Seakeeper guidance as shown on Seakeeper drawing 90544, Rev 3; more specifically the applied forces shown on SYG Drawing (Bates 000607) were not consistent with the forces shown in the aforementioned Seakeeper drawing.

4. The SYG drawings (Bates # 000606 to 00617) are substandard and do not meet the standard of care expected for engineering drawings developed for the purpose of the installation of this type of equipment. Rimkus recommends the removal of the foundation and construction of a properly designed foundation that is documented to be of sufficient strength for the forces involved.

5. The evidence indicated that SYG selected and used an incompatible resin for the construction of the Seakeeper foundation and as a result, the foundation will need to be removed and rebuilt.

6. The SYG workmanship was substandard and does not conform to the expected quality from a Fort Lauderdale area marine fabricator.

7. The Optimus 5810 Steering Cylinders would not fit in the vessel as designed by SYG as there was an interference with the vessel's exhaust system and structure.

8. At the time of our last inspection, September 2, 2022, no Humphree Interceptors have been installed on the vessel.