UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-cv-60542-KMM/LFL

MY BUDDY DAVIS LLC.,

    Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

    Defendant.

_____

### NOTICE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

Plaintiff, MY BUDDY DAVIS LLC. ("MBD"), by and through the undersigned Counsel and pursuant to Southern District of Florida Local Rule 7.1(a)(3), certifies that it conferred with Defendant's Counsel regarding Plaintiff's Motion to Exclude Rebuttal Opinions of Defendant's Expert Opinions Jason Dunbar [ECF 61] ("Motion"). On December 22, 2022, before filing Plaintiff's Motion, counsel for the parties made a good-faith effort via conference call to resolve the issues to be raised in the Motion. However, Defendant would not withdraw its improper rebuttal expert, necessitating the filing of Plaintiff's Motion.

1

## <u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that on this __27th__ day of __December__, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to the following: **Matthew J. Valcourt, Esq.** mvalcourt@valcourtlaw.com VALCOURT AND ASSOCIATES LLC. 850 N.E. Third Street Suite 208 Dania Florida 33004 **Jules V. Massee, Esq**. jmassee@hamiltonmillerlaw.com E-Service: JVMserve@hamiltonmillerlaw.com and **Brandon Bushway Esq.** bbushway@hamiltonmillerlaw.com HAMILTON MILLER & BIRTHISEL LLP. 100 S. Ashley Drive, Suite 1210 Tampa, Florida 33602, *Counsel for Starboard*, **Scott D. Ponce, Esq.** sponce@hklaw.com **Holland & Knight LLP,** 701 Brickell Avenue, Suite 3300, Miami, Florida 33131, *Counsel for Rodolfo Rodriguez-Duret,* in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those Counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

<div style="margin-left:40%;">

BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite #700
Miami, Florida 33143
Phone: (305) 663-0177

BY: _____
Robert W. Blanck, Esquire
Florida Bar Number: 311367
Email: rblanck@shiplawusa.com
William B. Blanck, Esq.
Florida Bar Number: 1013889
Email: wblanck@shiplawusa.com
Attorneys for: MY BUDDY DAVIS LLC.

</div>

8044/Not7.1(a)(3)