UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO.: 2022-cv-60542-KMM

MY BUDDY DAVIS LLC.,

    Plaintiff,

vs.

STARBOARD YACHT GROUP LLC.

    Defendant.

_____/

## MEDIATION REPORT

MICHAEL P. ESSINGTON, ESQUIRE, the undersigned Certified Mediator reports to this Honorable Court as follows:

A.    Mediation was held on January 5, 2023 at 2:00 p.m.

    _X_    An agreement was reached with all parties.

    ☐    No agreement was reached, impasse declared.

    ☐    The parties wish to adjourn the mediation.

B.    All counsel and parties participated.

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 6th Day of January, 2023, I electronically filed with the Clerk of this Court using CM/ECF this Notice of Mediation and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

    /s/ *Michael P. Essington*
    MICHAEL P. ESSINGTON, ESQ.
      Florida Bar No.: 019127
    Michael P. Essington, P.A.
    1221 Brickell Avenue, Suite 2400
    Miami, Florida 33131
    (T)305-347-5678
    (F)305-347-5676
    (C)305-282-1783

michael.essington@yahoo.com

**SERVICE LIST**

| | |
|---|---|
| **William Bernard Blanck**<br>Blanck & Cooper, P.A.<br>5730 SW 74th St<br>Ste 700<br>Miami, FL 33143<br>305-401-4486<br>Email: wblanck@shiplawusa.com<br><br>**Robert William Blanck**<br>Blanck & Cooper<br>5730 SW 74th Street<br>Suite 700<br>Miami, FL 33143<br>305-663-0177<br>Fax: 663-0146<br>Email: Rblanck@shiplawusa.com | **Matthew John Valcourt**<br>Valcourt and Associates LLC<br>850 NE Third Street<br>Suite 208<br>Ste 208<br>Dania, FL 33004<br>305-763-2891<br>Fax: 305-470-7484<br>Email: mvalcourt@valcourtlaw.com<br><br>**Brandon Bushway**<br>Hamilton, Miller and Birthisel, LLP<br>100 S Ashley Dr<br>Ste 1210<br>Tampa, FL 33602<br>8132231900<br>Email: bbushway@hamiltonmillerlaw.com<br><br>**Scott Daniel Ponce**<br>Holland & Knight<br>701 Brickell Avenue<br>Suite 3000<br>Miami, FL 33131<br>305-789-7575<br>Fax: 305-789-7799<br>Email: sponce@hklaw.com |