UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

**IN ADMIRALTY**

MY BUDDY DAVIS LLC,
A Florida Limited Liability Company,

      Plaintiff,

vs.                                          CASE NO.: 0:22-cv-60542-KMM

STARBOARD YACHT GROUP, LLC,
A Florida Limited Liability Company,

      Defendant.

_____

**<u>JOINT NOTICE OF SETTLEMENT</u>**

      Pursuant to Southern District of Florida Local Rule 16.4, Plaintiff MY BUDDY DAVIS LLC and Defendant STARBOARD YACHT GROUP, LLC (the "Parties") hereby notify the Court that they have reached a settlement. The Parties ask the Court to dismiss the case reserving jurisdiction to enforce the terms of the settlement as the documents in support of the settlement are in the process of being drafted.

**[SIGNATURE BLOCKS ON THE FOLLOWING PAGE]**

Respectfully submitted,

*/s/ Robert W. Blanck*

**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*


**SCOTT D. PONCE**
Florida Bar No. 0169528
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
P: (305) 374-8500 / F: (305) 789-7799
sponce@hklaw.com
*Counsel for Rodolfo Rodriguez-Duret*

*/s/ Brandon Bushway*

**JULES V. MASSEE**
Florida Bar Number: 41554
jmassee@hamiltonmillerlaw.com
**BRANDON BUSHWAY**
Florida Bar Number: 1015247
bbushway@hamiltonmillerlaw.com
Hamilton, Miller & Birthisel, LLP
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
**E-SERVICE**:
JVMserve@hamiltonmillerlaw.com
P: 813-223-1900 / F: 813-223-1933
*Counsel for Defendant Starboard Yacht Group, LLC.*


**MATTHEW J. VALCOURT**
Florida Bar Number: 0088791
Email:  mvalcourt@valcourtlaw.com
VALCOURT AND ASSOCIATES LLC
Telephone: (305) 763-2891
Facsimile: (305) 470-7484
*Counsel for Defendant Starboard Yacht Group, LLC*


## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on **January 6, 2023,** the foregoing document is being filed with this Court and served on all counsel of record or *pro se* parties identified on the attached Service List, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Brandon Bushway*
Attorney

**SERVICE LIST**
**CASE NO.: 0:22-cv-60542-KMM**

**ROBERT W. BLANCK**
Florida Bar No.: 311367
**WILLIAM B. BLANCK**
Florida Bar No.: 101388
BLANCK & COOPER, P.A.
5730 S.W. 74th Street, Suite 700
Miami, Florida 33143
P: (305) 663-0177
rblanck@shiplawusa.com
wblanck@shiplawusa.com
*Counsel for Plaintiff My Buddy Davis LLC*

**SCOTT D. PONCE**
Florida Bar No. 0169528
HOLLAND & KNIGHT LLP
701 Brickell Avenue
Suite 3300
Miami, Florida 33131
P: (305) 374-8500 / F: (305) 789-7799
sponce@hklaw.com
*Counsel for Rodolfo Rodriguez-Duret*